AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

ARTHUR PERNOKAS and
DIANNE PERNOKAS,
Plaintiffs

v.

BARRIE PASTER, MD,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10258NG

TO: (Name and address of Defendant)

Barrie Paster, MD
24 Morrill Place
Amesbury, MA  01913

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert C. Gabler, Esq.
Law Office of Robert Gabler
100 Summer St., 32nd Floor
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  February 6, 2004

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Serv

NAME

Ch

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

April 9, 2004

I hereby certify and return that on 4/8/2004 at 05:00 pm I served a true and attested copy of the summons, complaint and demand for jury trial, civil cover sheet and category sheet in this action in the following manner: To wit, by delivering **in hand to Melissa White, Receptionist, agent, person in charge** at the time of service for BARRIE PASTER, MD at 24 Morrill Place Amesbury, MA 01913. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($17.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $58.10

Deputy Sheriff Robert Andrews

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.