UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR PERNOKAS AND ) <br> Dianne pernokas, ) <br>    Plaintiffs ) <br> ) <br> VS. ) <br> BARRIE PASTER, M.D., ) <br>    Defendant ) <br> ) | CASE NO. 04-10258NG <br><br> NOTICE OF APPEARANCE |

    Please enter our appearance on behalf of Barrie Paster, M.D., in the above-entitled matter.

    MARTIN, MAGNUSON, McCARTHY
     & KENNEY

*/s/ Charles P. Reidy, III*
Charles P. Reidy, III
B.B.O. No. 415720
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Charles P. Reidy, III, attorney for defendant, Barrie Paster, M.D., hereby certify that on the /*t*/*h* day of May, 2004, a copy of the above document was sent by mail, postage prepaid to Robert C. Gabler, Esquire, 100 Summer Street, Suite 3232, Boston, MA 02110.

*/s/ Charles P. Reidy III*
Charles P. Reidy, III
B.B.O. No. 415720
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240

**MARTIN, MAGNUSON, McCARTHY & KENNEY**
ATTORNEYS AT LAW
101 MERRIMAC STREET
BOSTON, MASSACHUSETTS 02114-4716
TELEPHONE: (617) 227-3240
TELECOPIER: (617) 227-3346

A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| RAYMOND J. KENNEY, JR. | SEAN M. ENNIS | OF COUNSEL |
| CHARLES P. REIDY, III | ANN M. COLLINS | EDWARD F. HENNESSEY |
| DANIEL J. GRIFFIN, JR. | MICHAEL J. KEEFE* | |
| PAUL R. KEANE | DIANE L. LYNCH** | EPHRAIM MARTIN (1927-1988) |
| JOHN P. MULVEY | KERRI L. RITZ | HAROLD E. MAGNUSON (1938-1999) |
| PAUL M. McTAGUE | LYNDA RIESGO JENSEN | CLEMENT McCARTHY (1951-1985) |
| EDWARD F. MAHONEY | MARIA L. MAZUR | |
| DOUGLAS A. ROBERTSON | ANDREW R. MCCONVILLE | *ALSO ADMITTED IN CT |
| KEVIN C. REIDY | LAURA M. MARHOEFER | **ALSO ADMITTED IN PA |
| STEPHEN M. O'SHEA | KRISTINA L. ANGUS | |
| | SARAH W. THOMAS | |

May 11, 2004


Civil Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

    Re:    Arthur Pernokas, et al
    Vs:    Barrie Paster, M.D.
            <u>Case No. 04-10258 NG</u>

Dear Sir/Madam:

    Enclosed for filing, please find our Notice of Appearance on behalf of defendant, Barrie Paster, M.D., in the above-entitled matter.

                                Very truly yours,

                                Charles P. Reidy, III

CPR/jm
Enclosure
cc:    Robert C. Gabler, Esquire