UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred _____

**Arthur Pernokas**

      V.          CA/CR No. <u>04-10258 -NG</u>

**Barrie Paster**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **ALEXANDER** for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

**(B)    XX    Referred for full pretrial case management, <u>not</u> including dispositive motions:**

(C)    Referred for discovery purposes only.

(D)    Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)    Case referred for events only.  See Doc. No(s). _____

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    **Special Instructions:** _____

  <u>6/1/04</u>                                          By:    <u>/s/Maryellen Molloy</u>
Date                                                  Deputy Clerk

---

[1]

Case 1:04-cv-10258-NG     Document 5     Filed 06/01/2004     Page 3 of 3