UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

| | |
|---|---|
| ARTHUR PERNOKAS AND<br>DIANNE PERNOKAS,<br>    Plaintiffs<br><br>VS.<br><br>BARRIE PASTER, M.D.,<br>    Defendant | )<br>)<br>)<br>) MOTION TO FILE SUBSTITUTE<br>) ANSWER (ASSENTED TO).<br>)<br>)<br>)<br>) |

Now comes the defendant, Barrie Paster, M.D., and moves to file the attached Answer in substitution of the originally filed Answer. Apart from changing the spelling of the defendant's name from "Barry" to "Barrie" in the body of the Answer, there are no changes. Counsel for defendant has spoken to counsel for plaintiff and he has given his assent to this substitution and allowed counsel to sign his name in assent.

MARTIN, MAGNUSON, McCARTHY
& KENNEY

_____
Charles P. Reidy, III
B.B.O. No. 415720
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240

ASSENTED TO:

_____
Robert C. Gabler
Suite 3232
100 Summer Street
Boston, MA 02110
617-542-2121

## CERTIFICATE OF SERVICE

I, Charles P. Reidy, III, attorney for defendant, Barrie Paster, M.D., hereby certify that on the 5th day of August, 2004, a copy of the above document was sent by mail, postage prepaid to Robert C. Gabler, Esquire, 100 Summer Street, Suite 3232, Boston, MA 02110.

_____
Charles P. Reidy, III
B.B.O. No. 415720
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240