UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-10258 NG

| | |
|---|---|
| ARTHUR PERNOKAS and<br>DIANNE PERNOKAS,<br><br>    Plaintiffs<br><br>v.<br><br>BARRIE PASTER, MD,<br><br>    Defendant | JOINT SCHEDULING STATEMENT |

    Plaintiffs Arthur Pernokas and Dianne Pernokas, and Defendant Barrie Paster, MD hereby file this Joint Scheduling Statement pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1.

### Introduction

    Counsel for the parties have conferred and agreed upon the following issues to be discussed at the scheduling conference: transfer of the case to state court to convene a medical malpractice tribunal pursuant to G.L. c. 231, §60B; a proposed pre-trial schedule including a plan for discovery; and the parties willingness to consent to trial before a magistrate judge.

### Proposed Agenda

    Counsel for the parties have agreed the case may be transferred to state court for the convening of a medical malpractice tribunal pursuant to G.L. c. 231, §60B, and that the time deadlines proposed in the pre-trial schedule shall begin to operate as of the day the tribunal is convened (whose date is obviously unknown at this time).

### Proposed Pre-Trial Schedule

1. All discovery requests completed within:      6 mos. of Tribunal

2. All depositions completed within:      12 mos. of Tribunal

3. Plaintiff's expert reports due within:      13 mos. of Tribunal

4. Defendant's expert reports due within:      14 mos. of Tribunal

FILED
In Open Court
USDC, Mass.
Date 7-13-04
By [signature]
Deputy Clerk

| | | |
|---|---|---|
| 5. | Expert depositions completed within: | 15 mos. of Tribunal |
| 6. | All motions under Fed. R. Civ. P. 56 filed within: | 16 mos. of Tribunal |
| 7. | All non-dispositive motions filed within: | 16 mos., 15 days of Tribunal |
| 8. | Settlement Conference, Final Pre-Trial Conference and Trial Date: | TBA by the Court |

<u>Consent to Trial by Magistrate</u>

The parties do not consent to trial by magistrate.

Respectfully,

The Plaintiffs,
Arthur Pernokas and Dianne Pernokas,
By their Attorney,

The Defendant,
Barrie Paster, MD,
By his Attorney,

_____
Robert C. Gabler, Esq.
BBO # 547227
100 Summer St., 32nd Fl.
Boston, MA  02110
(617) 542-2121

_____
Charles P. Reidy, III, Esq.
BBO # 415720
101 Merrimac St.
Boston, MA  02114
(617) 227-3240

July 13, 2004