UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-10258 NG

| | |
|---|---|
| ARTHUR PERNOKAS and DIANNE PERNOKAS, <br><br> Plaintiffs <br><br> v. <br><br> BARRIE PASTER, MD., <br><br> Defendant | PLAINTIFF'S CERTIFICATION OF CONFERENCE |

Plaintiff, Arthur Pernokas, individually and his counsel, Robert C. Gabler, hereby certify that they did confer for the purposes of establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and considering the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully,

_____
Robert C. Gabler, Esq.

_____
Arthur Pernokas

July 13, 2004

FILED
In Open Court
USDC, Mass
Date 7-13-04
By _____
Deputy Clerk