UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR PERNOSKAS
DIANNE PERNOSKAS
    Plaintiffs

V.                                                                   CIVIL NO. 04-10258 NG

BARRIE PASTER
    Defendant

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been filed on **February 5, 2004**, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

    (1)    This case will be sent to a medical malpractice tribunal;

    (2)    the parties will engage in informal discovery until **October 31, 2004**;

    (7)    a further scheduling conference or motion hearing will be held on **November 17, 2004,** at **2:15 p.m.** in **Courtroom # 24** on the **7th** floor.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown

supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **status/scheduling conference** is set for **2:15 p.m.** on **November 17, 2004,** Courtroom 24, 7th floor.

HONORABLE JOYCE LONDON ALEXANDER

UNITED STATES MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown

Courtroom Clerk

8/9/04

Date