UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-CV-10258-NG

ARTHUR PERNAKOS and DIANE PERNAKOS,
Plaintiffs

V.

BARRIE PASTER
Defendant

### ORDER ON RECUSAL

ALEXANDER, M.J.

This Court hereby recuses itself from consideration of the above-entitled action pursuant to 28 U.S.C.A. § 455(a). Accordingly, the case file is returned to the District Court (Gertner, J.).

SO ORDERED.

10/21/04
Date

_____
United States Magistrate Judge