UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

ARTHUR PERNOKAS AND )
DIANNE PERNOKAS, )
   Plaintiffs )
                                      )   NOTICE OF APPEARANCE
VS. )
                                      )
BARRIE PASTER, M.D., )
   Defendant )

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Kindly enter the appearance of Diane L. Lynch, as counsel for the defendant, Barrie Paster, M.D., in the above-captioned matter.

                                       MARTIN, MAGNUSON, McCARTHY
                                       & KENNEY

                                       Charles P. Reidy, III
                                       B.B.O. No. 415720
                                       Diane L. Lynch
                                       B.B.O. No. 649226
                                       Attorney for Defendant,
                                       Barrie Paster, M.D.
                                       101 Merrimac Street
                                       Boston, MA 02114
                                       617-227-3240

CERTIFICATE OF SERVICE

I, Diane L. Lynch, attorney for defendant, Barrie Paster, M.D., hereby certify that on the 17th day of November, 2004, a copy of the above document was sent by mail, postage prepaid to Robert C. Gabler, Esquire, 100 Summer Street, Suite 3232, Boston, MA 02110.

                                       MARTIN, MAGNUSON, McCARTHY
                                       & KENNEY

                                       Charles P. Reidy, III
                                       B.B.O. No. 415720
                                       Diane L. Lynch
                                       B.B.O. No. 649226
                                       Attorney for Defendant,
                                       Barrie Paster, M.D.
                                       101 Merrimac Street
                                       Boston, MA 02114
                                       617-227-3240