UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-10258 NG

| | |
|---|---|
| ARTHUR PERNOKAS and DIANNE PERNOKAS, } | |
| Plaintiffs } | |
| v. } | |
| BARRIE PASTER, MD, } | |
| Defendant } | |

# PLAINTIFF'S DISCLOSURES UNDER
# FED. R. CIV. P. 26(a)(1), LR 26.2(A) & LR 35.1

## I. FED. R. CIV. P. 26(a)(1) & LR 26.2(A)

In accordance with Fed. R. Civ. P. 26(a)(1) and LR 26.2(A), plaintiff makes the following disclosures:

**A.   Individuals likely to have discoverable information relevant to disputed facts:**

| NAME: | ADDRESS & TEL NO: | SUBJECT(S): |
|---|---|---|
| Arthur & Dianne Pernokas | | Liability, Damages |
| Putnam P. Breed, MD | 22 Morrill Pl. Amesbury, MA 01913 (978) 462-8211 | Diagnosis, Operation |
| William G. Jackson, MD | Anna Jaques Hosp. 25 Highland Avenue Newburyport, MA 01950 (978) 463-1000 | Subsequent Medical Treatment |
| Jocelyn Duff, P.A., C. | 24 Morrill Pl. Amesbury, MA 01913 (978) 388-5050 | Medical Care & Treatment, Liability, Damages |

| | | |
|---|---|---|
| Barrie Paster, MD | 24 Morrill Pl.<br>Amesbury, MA 01913<br>(978) 388-5050 | Medical Care & Treatment, Liability, Damages |
| Jeff Scilngo<br>Director of Engineering<br>Watts Water Industries | 815 Chestnut St.<br>No. Andover, MA 01845<br>(978) 689-6167 | Damages, Foregone Earnings |
| Peter Marcello, MD | One Essex Center Dr.<br>Peabody, MA 01960<br>(978) 538-4000 | Subsequent Medical Treatment |
| Paul J. Spieler, MD | 70 East St.<br>Methuen, MA 01844<br>(978) 685-7811 | Subsequent Medical Treatment |
| Yamil H. Kouri, MD | " | Subsequent Medical Treatment, Damages |
| Stephen Chastain, MD | 33 Lawrence St.<br>Methuen, MA 01844<br>(978) 683-3023 | Subsequent Medical Treatment |

**B.    Documents produced/identified because they are believed to be relevant to disputed facts:**

| DESCRIPTION/CATEGORY: | LOCATION: |
|---|---|
| Medical Record<br>    - Greenleaf Medical Assoc. | Identified |
| Medical Record<br>    - Putnam P. Breed, MD | Identified |
| Medical Record<br>    - William G. Jackson, MD | Identified |
| Medical Record<br>    - Peter Marcello, MD | Identified |
| Medical Record<br>    - Paul J. Spieler, MD | Identified |

| | |
|---|---|
| Medical Record<br>　- Stephen Chastain, MD | Identified |
| Medical Record<br>　-Yamil H. Kouri, MD | Identified |
| Hospital Record<br>　- Anna Jaques | Identified |
| Hospital Record<br>　- Lahey Clinic | Identified |
| Hospital Record<br>　- Caritas Holy Family | Identified |
| Employment Record<br>　-Watts Water Industries | Identified |

C. **Computation of the categories of damages suffered by plaintiff in this action, and the production/identification of relevant documents:**

    1.    <u>Medical Expenses</u>: Undetermined

    2.    <u>Pain and Suffering</u>: Mr. Pernokas went undiagnosed with colon cancer for several years. At times he was doubled over in pain and passing blood, often fatigued, and unable to find out what was wrong with him. When his cancer was finally diagnosed, he endured painful medical treatment including an ileocolectomy and chemotherapy for approximately seven months. He lost the opportunity to overcome his cancer at an earlier stage, putting him at risk for recurrence.

    3.    <u>Impairment to his earning capacity</u>: Undetermined

D. **There are no insurance agreements relating to plaintiff.**

## II. LR 35.1

In accordance with LR 35.1, plaintiff makes this disclosure of medical information:

**Itemized Medical Expenses Incurred:**

| | |
|---|---|
| - Greenleaf Medical Assoc. | Identified |
| - Putnam P. Breed, MD | Identified |
| - William G. Jackson, MD | Identified |
| - Peter Marcello, MD | Identified |
| - Paul J. Spieler, MD | Identified |
| - Yamil H. Kouri, MD | Identified |
| - Anna Jaques | Identified |
| - Lahey Clinic | Identified |
| - Caritas Holy Family | Identified |

Plaintiffs do anticipate future medical expenses.

No privilege is asserted as to any medical record.

By their Attorney,

*[signature]*

ROBERT C. GABLER, ESQUIRE
B.B.O. # 547227
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-542-2121
November 15, 2004

4

## CERTIFICATE OF SERVICE

I, Robert C. Gabler, attorney for plaintiff, hereby certify that on this date I did serve **PLAINTIFF'S DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1), LR 26.2(A) & LR 35.1** on the defendant by faxing and mailing a true copy, postage prepaid, to Charles P. Reidy, III, Esquire, MARTIN, MAGNUSON, McCARTHY & KENEY, 101 Merrimac St., Boston, Massachusetts, 02114.

DATE: November 16, 2004

_____
ROBERT C. GABLER, ESQUIRE