UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

ARTHUR PERNOKAS AND )
DIANNE PERNOKAS, )
   Plaintiffs )  NOTICE OF APPEARANCE
 )
VS. )
 )
BARRIE PASTER, M.D., )
   Defendant )

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Kindly enter the appearance of Anthony R. Brighton, as counsel for the defendant, Barrie Paster, M.D., in the above-captioned matter.

MARTIN, MAGNUSON, McCARTHY
 & KENNEY

   /s/ Anthony R. Brighton
Charles P. Reidy, III
B.B.O. No. 415720
Anthony R. Brighton
B.B.O. No. 660193
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240

CERTIFICATE OF SERVICE

I, Anthony R. Brighton, attorney for defendant, Barrie Paster, M.D., hereby certify that on the 14th day of October, 2005, a copy of the above document was sent by mail, postage prepaid to Robert C. Gabler, Esquire, 100 Summer Street, Suite 3232, Boston, MA 02110.

MARTIN, MAGNUSON, McCARTHY
 & KENNEY

   /s/ Anthony R. Brighton
Charles P. Reidy, III
B.B.O. No. 415720
Anthony R. Brighton
B.B.O. No. 660193
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240