UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

| | |
|---|---|
| ARTHUR PERNOKAS AND ) | |
| Dianne pernokas, ) | |
|   Plaintiffs ) | NOTICE OF WITHDRAWAL |
| ) | |
| VS. ) | |
| ) | |
| BARRIE PASTER, M.D., ) | |
|   Defendant ) | |

Please withdraw the appearance of Attorney Diane L. Lynch on behalf of defendant, Barrie Paster, M.D., in the above-entitled matter. Attorney Charles P. Reidy, III continues his appearance as counsel of record for the defendant.

.

        MARTIN, MAGNUSON, McCARTHY
         & KENNEY

        /s/ Charles P. Reidy, III
        Charles P. Reidy, III
        B.B.O. No. 415720
        Attorney for Defendant,
        Barrie Paster, M.D.
        101 Merrimac Street
        Boston, MA 02114
        617-227-3240

## **CERTIFICATE OF SERVICE**

     I, Charles P. Reidy, III, attorney for defendant, Barrie Paster, M.D., hereby certify that on the          day of October, 2005, a copy of the above document was sent by mail, postage prepaid to Robert C. Gabler, Esquire, 100 Summer Street, Suite 3232, Boston, MA  02110.

 

_____
Charles P. Reidy, III
B.B.O. No. 415720
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240