UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

| | |
|---|---|
| ARTHUR PERNOKAS AND ) <br> DIANNE PERNOKAS, ) <br>   Plaintiffs ) <br> ) <br> VS. ) <br> ) <br> BARRIE PASTER, M.D., ) <br>   Defendant ) | **JOINT MOTION TO** <br> **EXTEND SCHEDULING ORDER** <br> **DEADLINES AND CONTINUE STATUS** <br> **CONFERENCE** |

    Now come the parties to the above matter and hereby jointly request that the deadlines set forth in the Amended Joint Scheduling Statement in this case each be extended as set forth below, and that the status conference set for November 21, 2005 be continued until a date commensurate with the proposed extended deadlines.  As reasons therefor, the parties state as follows:

1. This medical malpractice action was commenced on February 6, 2004;

2. On May 26, 2004, the defendant filed his Answer and Jury Claim;

3. On November 19, 2004, A medical malpractice tribunal was held in Essex Superior Court;

4. An Amended Joint Scheduling Statement was filed on March 14, 2005, and adopted by the Court on March 15, 2005;

5. The parties have engaged in written discovery and have taken some depositions, and anticipate the need to take further depositions in this case;

6. However, due to scheduling difficulties between counsel, the parties, and witnesses, the parties have been unable to complete discovery to date, despite their good faith efforts to do so;

7. No party will be prejudiced by the allowance of this motion, and its allowance will assist the parties in completing outstanding discovery within a reasonable period of time;

8. This is the first continuance requested in this matter; and

9. This motion is jointly requested by the parties.

Based upon the foregoing, the parties request that the scheduling order be amended as set forth below:

| Stages of Litigation: | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| 1. All depositions completed: | 11/19/05 | 02/19/06 |
| 2. Plaintiff's expert reports due: | 12/19/05 | 03/19/06 |
| 3. Defendant's expert reports due | 01/19/06 | 04/19/06 |
| 4. Expert depositions completed: | 02/19/06 | 05/19/06 |
| 5. All motions under Fed.R.Civ.P. 56: | 03/19/06 | 06/19/06 |
| 6. All non-dispositive motions: | 04/03/06 | 07/03/06 |
| 7. Settlement Conference, Final Pretrial Conference, and Trial Date: | 11/21/05 | TBA by the Court |

WHEREFORE, the parties respectfully request that this Honorable Court grant this Joint Motion To Extend Scheduling Order Deadlines.

_____  /s/Charles P. Reidy, III
Robert C. Gabler                Charles P. Reidy, III
B.B.O. No. 547227               B.B.O. No. 415720
Attorney for Plaintiffs,        Attorney for Defendant,
Arthur Pernokas and             Barrie Paster, M.D.
Diane Pernokas                  Martin, Magnuson, McCarthy & Kenney
Law Office of Robert C. Gabler  101 Merrimac Street
100 Summer Street, 32nd Floor   Boston, MA 02114
Boston, MA 02110                617-227-3240
617-542-2121

Date: October 18, 2005

CERTIFICATE OF SERVICE

      I, Charles P. Reidy, III, attorney for defendant, Barrie Paster, M.D., hereby certify that on the 18th day of October, 2005, a copy of the above document was sent by mail, postage prepaid to Robert C. Gabler, Esquire, 100 Summer Street, Suite 3232, Boston, MA 02110.

 

_____
Charles P. Reidy, III
B.B.O. No. 415720
Attorney for Defendant,
Barrie Paster, M.D.
101 Merrimac Street
Boston, MA 02114
617-227-3240