UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR PERNOKAS, and } <br> DIANNE PERNOKAS, } <br> Plaintiffs } <br> } <br> v. } <br> } <br> } <br> BARRIE PASTER, MD, } <br> Defendant } | Case No. 04-10258 NG |

## PLAINTIFF'S EXPERT DISCLOSURE
## PURSUANT TO FED. R. CIV. P. (A) (2) (B)

Plaintiffs Arthur Pernokas and Dianne Pernokas, by their attorney, hereby make the following expert disclosures in the above-captioned matter, accompanied by the signed expert reports, filed herewith:

Marcia J. Browne, MD
65 Walnut St., Suite 420
Wellesley, MA   02481

Richard N. Winickoff, MD
MGH Beacon Hill, Suite 501
Boston, MA   02114

                                                Respectfully,

                                                /s/_____
                                                Robert C. Gabler, Esq.
                                                Suite 3232
                                                100 Summer St.
                                                Boston, MA   02110
                                                (617) 542-2121
                                                BBO # 547227

March 16, 2006