# CURRICULUM VITAE

**Marcia J. Browne, M.D.**
**16 Circuit Road**
**Chestnut Hill, MA  02467**
**(617) 738-9546**

**New England Hematology Oncology Associates, P.C.**

**65 Walnut Street, Suite 420 103**
**Wellesley, MA  02481**
**TEL (781) 237-0700**
**FAX (781) 239-1569**

**67 Union Street, suite**

**Natick, MA  02467**
**TEL (508) 650-3996**
**FAX (508) 650-3997**

## EDUCATION:

1972 University of Salzburg, Austria, Summer School
1973 BS University of Vermont, Burlington, Vermont
1979 MD Georgetown University School of Medicine, Washington, D.C.

## POSTDOCTORAL TRAINING:

### Internship and Residency

1979 – 1982    Internship and Residency in Internal Medicine, New England Deaconess
Hospital, Harvard Medical School, Boston, MA
1981 – 1982    Resident, Cornell University School of Medicine, International Rescue
Committee, Khao I Dang Holding Center, Thailand

### Clinical and Research Fellowships

1978 – 1981    Clinical Fellow in Medicine, Harvard Medical School, Boston, MA
1982 – 1983    Clinical Fellow in Medical Oncology, National Cancer Institute, National
Institutes of Health, Bethesda, MD
1983 – 1985    Research Fellow in Medical Oncology, Pediatric Oncology Branch, Medicine

Branch, COP, NCI, NIH, Bethesda, MD

1983 – 1986   Clinical and Research Fellow in Infections Diseases, NCI, NIH, Bethesda

Maryland and University of Maryland, Baltimore, MD

## Marcia J. Browne, M.D.

## LICENSURE AND CERTIFICATION

1980 – Present   Massachusetts # 46343
1984 – 1989   Maryland # D 30772
1988 – 1995   Rhode Island # 7362

1982 – Present   American Board of Internal Medicine # 87598
1985 – Present   American Board of Internal Medicine in Medical Oncology # 87598
1986 – Present   American Board of Internal medicine Eligibility in Infectious Diseases

## ACADEMIC APPOINTMENTS

1988 – 1985   Brown University, Assistant Professor of Medicine, Division of Biology

And Medicine, Providence, Rhode Island

## HOSPITAL APPOINTMENTS

1988 – 1995   Division of Hematology/Oncology, Roger Williams Medical Center,

Providence, Rhode Island
1994 – 1995   Department of Oncology, Rhode Island Hospital, Providence, R.I.
1994 – 1996   Breast Evaluation Center, Women and Infants' Hospital, Providence, R.I.
1995 – Present   Newton Wellesley Hospital, Newton, MA
1995 – Present   MetroWest Medical Center, Natick, MA
1995 – Present   Braintree Rehabilitation/Metro West
2000 – Present   Assistant Clinical Professor in Medicine, Massachusetts General Hospital,

Boston, MA

## POSTDOCTORAL HONORS

1980 Hinton Award, Outstanding Resident, Harvard Medical School, New
England Deaconess Hospital, Boston, MA
1986 Merit Award, National Cancer Institute
1992 Breast Cancer Coalition of Rhode Island, Outstanding Physician of
the
Year

## MILITARY SERVICE

1985 – 1988          Commissioned Officer, U.S. Public Health Service,
National Cancer
Institute, NIH, Bethesda, MD

**Marcia J. Browne, M.D.**

## COMMITTEE APPOINTMENTS

1985 – 1987          Policy Advisory Committee on Breast Cancer Prevention
Trials, NCI
NIH, Bethesda, MD
1986 – 1988          Inrterlukin-1/LAK Study Evaluation Group, Clinical
Member and
Coordinator, CTEP, DCT, NCI, NIH
1986 – 1988          Project Officer, Thymidine Labeling Index Assay, NCI,
NIH Chairman,
Review Committee for Development and Licensing of
DDA and DDI,
NCI, NIH
1986 – 1987          Chairman, Review Committee for Development and
Licensing of DDC
NCI, NIH
1988          Advisory Committee for NCI Statement on Breast Cancer
Research, NCI,
NIH
1988 – 1995          Board of Directors, American Cancer Society of Rhode
Island
1997 – Present          Board of Directors, Massachusetts Association of Clinical
Oncology

## OTHER APPOINTMENTS

1985 – 1988          Special Assistant for Clinical Science, Office of the
Director, Division of
Cancer Treatment, NCI, NIH, Bethesda, MD

1984 – 1988          Fogarty International Center, National Cancer Institute,
Madras, India

## MEMBERSHIP IN SOCIETIES

American Society of Clinical Oncology
American Federation of Clinical Research
American Association for Cancer Research
American College of Physicians, Fellow
International Immunocompromised Host Society
American Medical Women's Association
New England Medical Association

## RESEARCH INTERESTS

Breast Cancer
Infections in the Immunocompromised Host

## CLINICAL INTERESTS

Medical Care for Refugees
Human Rights and Health
Medical Care in Developing Countries

Marcia J. Browne, M.D.

## BIBLIOGRAPHY

1.     Pizzo PA, Thaler M, Hathorn J, Hiemenz J, Skelton J, McKnight J, Rubin M,
Browne, MJ, Longo D, Cotton D, Gress J, Marshall D.  New beta-lactam
antibiotics in granulocytopenic patients: New options and new questions.  Amer.
J. Med 1985; 79:75-82.

2.     Potter D, Pass HI, Brower S, Macher A, Browne MJ, Thaler J, Cotton D, Hathorn
J, Wesley R,   Longo D, Pizzo P, Roth J.  Prospective randomized study of open lung
biopsy versus empiric
          antibiotic therapy for acute pneumonitis in non-neutropenic cancer patients.  Ann.
of Thoracic     Surgery 1985; 40:422-428.

3.     Browne MJ, Hubbard SM, Longo DL, Fisher R, Wesley R, Ihdem DC, Young
RC, Devita, VT,
          Pizzo PA.  Excess prevalence of Penumocystis  Carinii pneumonia in lymphoma

patients treated with combination therapy. Ann. Intern. Med. 1986; 104:338-344.

4.      Pizzo PA, Hiemenz J, Hathorn JW, Browne MJ, comers J, Cotton D, Gress J, Longo D, Marshall    D, McKnight M, Skelton J, Thaler M, Wesley RA. Randomized trial comparing Ceftazadime  alone with combination antibiotic therapy in cancer patients with fever and neutropenia. N.Engl.  J. Med. 1986; 315:552-559.

5.      Browne MJ, Perek D, Dinndorf P, Commers J, Bleyer WA, Poplack DG, Pizzo PA. Infectious         complications of intraventricular reservoirs in cancer patients. Review of Infectious Disease 1987; 6:182-189.

6.                      Chabner B, Browne MJ, Boyd M.  Advances in Cancer Treatment.  The future of Chemotherapy.
        Cancer Nursing 1987; 10(Suppl. 1): 40-46.

7.      Browne MJ, Potter D, Gress J, Hathorn J, Cotton D, Hiemenz J, Thaler M, Brower S, Gill V,
        Glatstein E, Pass H, Roth J, Wesley R, Shelhamer J, Pizzo P.  A randomized trial of open lung   biopsy versus empiric antimicrobial therapy in cancer patients with diffuse pulmonary infiltrates.         J. Clin. Oncol. 8: No. 2, 222-229, 1990.

8.                      Posner MR, Slapak CA, Browne MJ, Clark JW, Curt G, Weitberg A, Calabresi P, Cummings JF,
        Wiemann M. Robert NJ.  A Phase I-II trial continuous infusion Cisplatin, continuous infusion
        5-Fluorouracil, and VP-16 in colorectal carcinoma. Am. J. Clin. Oncol. 13:455-458, 1990.

**Marcia J. Browne, M.D.**

9.      Posner MR, Darnowski JW, Calabresi P, Brunetti I, Corvese D, Browne MJ, Beitz JG, Weitberg AB.  Oral azidothymidine, continuous infusion 5- Fluorouracil and oral Leucovorin: A Phase I Study.  J. Nat. Cancer Inst. 82: 1710-1714, 1990.

10.     Dudley MN, GrahamKK, Kaul S, Geletko S, Dunkle L, Browne MJ, Mayer K. Pharmacokinetics of the Nucleotide 2', 3' –Didehydro-3'-deoxythymidine (d4T)

in patients with    AIDS or AIDS-related complex. J. of Infec. Diseases, 166:480-485, 1992.

11.    Browne MJ, Mayer KH, Chaffee SBD, Dudley MN, et al. 2', 3'- Didehydro-3'deoxythymidine    (d4T) in Patients with AIDS or AIDS-Related Complex: A Phase I Trial. J. of Infec. Diseases,
        167, (1): 21-29, 1993.

12.            Weitberg AB, Yasher J, Glicksman AS, Posner M, Cummings FJ, Browne MJ, Clark J, Calabresi    P, Beitz J, Murray C. Combined Modality Therapy for Stage IIIA Non-Small Cell Carcinoma of        the Lung. European Journal of Cancer, 29A, No. 4, 511-515, 1993.

13.    Beitz JG, Darnowski JW, Cummings FJ, Browne MJ, Clark JW, Bigley JW, Weitberg AB.        Phase I Trial of High-dose Infused Zidovudine Combined with Leucovorin Plus Fluorouracil (In        Press - Cancer Invest).

## OTHER PUBLICATIONS

1.    Browne MJ, Pizzo PA. Empiric antimicrobial; therapy in cancer patients. In: Neth, Gallo,    Greaves, Jonks (Eds.): Modern Trends in Human Leukemia VI. Springer-Verlag, Berlin,
        Heidelberg, pp. 112-118, 1985.

2.    Browne MJ, Pizzo PA. Pulmonary Infections in the Immunocompromised host. In: Roth J,
        Ruckdeschel J, Weisenburger T. (Eds.) Thoracic Oncology. W.B. Saunders Co., Philadelphia,
        PA; pp. 290-310, 1987.

3.    Browne, MJ, Chabner BA. Adjuvant therapy of colon cancer. Clinical Oncology Alert. March,
        1988.

4.    Chabner BA, Browne MJ. Prospects for the Drug Treatment of Cancer. In: Maulitz, R.C. (Ed.):    Transactions and Studies of Cancer, Trauma and Cardiovascular Disease. College of Physician's
        Philadelphia, PA, pp. 103-109, 1988.

**Marcia J. Browne, M.D.**

## ABSTRACTS

1.     Browne MJ, Slapak CA, Weitberg AB, Cummings FJ, Robert NJ, Posner MR. Phase I-II Trial     of Continuous Infusion (CI) Cisplatinum (CDDP), Continuous Infusion 5-Fluorouracil (FU) and     VP-16 for Advanced Colorectal Carcinoma. Sumitted for presentation at the American Society    of Clinical Oncology (ASCO) Annual Meeting, San Francisco, California, May 1989.

2.     Browne MJ.  Phase I Study of 2'3-Didehydro-2'3 Dideoxythymidine (dT4) in Patients (Pts.)
         with AIDS or ARC.  Submitted for presentation at the Sixth International Conference on AIDS,
         San Francisco, California, June 1990.

3.     Mandry J, Browne MJ, Hollis B, Eil C.  Abnormal Vitamin D Metabolism in Patients with
         Lymphoma.  Submitted for presentation at the Twelfth Annual Meeting of the American Society     for Bone and Mineral Research (ASBMR), Atlanta, Georgia, August 1990.

4.                    Glicksman A, Weitberg A, Yashar J, Posner M, Cummings F, Browne MJ, Beitz J, Calabresi P,
         Combined Modality Therapy for Stage III-A Non-Small Cell Carcinoma of the Lung.  Submitted     for presentation at the 9th Annual Meeting of ESTRO, Montecatini Terme, Italy, September,     1990.

5.     Dudley, M, Graham K, Kaul S, Geletko S, Mayer KH, mcLaren C, Dunkle L, Browne,
         MJ.Pharmacokinetics of Antiretroviral 2'3'Didehydro-3'-Deoxythymidine (d4T) in Patients with                    HIV Infection.  Presented at the 92nd Meeting of the American Society of Pharmacology and
         Therapeutics, San Antonio, Texas.  March 12-15, 1991.

6.     Weitberg AB, Posner MR, Yasha J, Cummings F, Browne MJ, Clark J, Calabresi P, Glicksman          AS.  Combined modality therapy for Stage III-A Non-Small Carcinoma of the Lung.  Proc.                    ASCO.  9:872, 1990.

7.     Dudley M, Geletko S, Graham K, Kaul S, Browne MJ, Dunkle L, Mayer K.  Bioavailability of          high-dose 2'3'-Didehydro-3'-Deohythymidine (d4T) in Patients with HIB infection.  Presented                    at the 21st Annual Meeting of the American College of Clin. Pharm. Meeting, Minneapolis, MN.          Pharmacotherapy 11:265, 1991.

8.     Dudley MN, Geletko S, Kaul S, Graham K, Dunkle L, Browne MJ, Mayer K.  Non-linear Mixed          Effects Modeling (NONMEM) of the Population Pharmacokinetics (PK) of the antiretroviral

2'3'-didehydro-3'-deoxythymidine (d4T) in Patients during Chronic Therapy. Presented at the 31st ICAAC, Chicago, IL, September 29-October2, 1991.

## Marcia J. Browne, M.D.

9.     Weitberg A, Yashar J, Posner M, Cummings F, Browne MJ, Clark J, Murray C, Calabresi P,    Glicksman A. Combined Modality Therapy for Stage III-A Non-Small Cell Carcinoma of the         Lung (NSCCL). Proc. Eur. Conf. Clin. Oncol., Florence, Italy, 1991.

10.    Beitz JG, Darnowski JW, Cummings FJ, Browne MJ, Clark J, Bigley J., Weitberg A. A Phase I and Pharmacologic analysis of Fluorouracil + Leucovorin Combined with Infused High-dose Zidovudine. Proc. Am. Assoc. Cancer Res. 33: 427, 1992.

11. Browne MJ, Beitz J, Clark JW, Cummings FJ, Weitberg A, Murray C, Darnowski JW. A Phase I Study of zidovudine (AZT) Combined with Methotrexate in Patients (PTS) with Advanced        Cancer. Proc. Amer. Soc. Clin. Oncol. 12:163, 1993.

12.    Browne MJ, Clark JW, Weitberg A, Kennedy T, Cummings F. A Phase I-II Study of WR-2721 and Carboplatinum in Patients with Advanced Lung and Breast Cancer. Proc. Amer. Soc. Clin.       Oncol. 12:163, 1993.

13.    Sikov WM, Akerley W, Browne MJ, Rosmain A. Dose Escalation of Carboplatin with Cisplatin and Etoposide with Filgrastim (G-CSF) for Advanced Non-Small Cell Lung Cancer (NSCLC).        Pro. Amer. Soc. Clin. Oncol. 13:341, 1994.

14. Choy H, Akerley W, Safarin H, Browne MJ, Rege V, Papa A, Glantz M, Capistrano M, Puthawala Y, Soderberg C, Leone L. A Phase I Trial of Concurrent Weekly Taxol Administered as a 3-hour Infusion and Radiation Therapy for Advanced Non-Small Cell Lung Cancer. Proc. Amer. Soc. Clin. Oncol. 13:360, 1994.

15. Clark JW, Beitz J, Cummings F, Sikov, Browne MJ, Akerley W, Wanebo H, Weitberg AB, Kennedy T, Bigley J, Darnowski JD. Phase II Study of 5-Fluorouracil (5-FU), Leucovorin (LV)        and Azidodeoxythymidine (AZT) in Patients with Metastatic Colorectal Cancer. ASCO, 1995.

16. Browne MJ, Kennedy T, Cummings F, Sikov W, Akerley R, Donehower R, Clark JW. Phase II   Study of Sequential Taxol and Cisplatin for the Treatment of Metastatic Breast Cancer. ASCO,        1995.

## GRANTS

A. **Pfizer Study** – 090-002-509
   Evaluation of Patients with Solid Tumors.  Start Date: 6/1/90

B. **Merck Study** - 036-00, MK217 Alendronate.  Start Date:  1/1/92

### Marcia J. Browne, M.D.

C. **Rhone-Poulenc Rorer Pharmaceutical, Inc.** – RP56976-TAX 311.  Phase III
   Comparison of      Taxotere (Docetaxel) and Taxol (Paclitaxel) as Second-Line
   Therapy in Patients with Metastatic Breast Cancer.  Start Date: 9/1/94.

## UNIVERSITY TEACHING ROLES

1988 – 1995   Brown University School of Medicine

Small Group Leader, BioMed 281 – Pathophysiology, Hematology
Women in Medicine Mentor Program
Clinical Clerkship in Medicine: Preceptor
Physical Diagnosis Course: Preceptor

1996 – Present      Tufts University School of Medicine, Boston, MA

Medical Attending Physician

1996 – Present      Wellesley College Women Preceptor Program, Wellesley, MA

- - - - - - - - - -