CURRICULUM VITAE

Part I: General Information

Name:                       Richard Noah Winickoff

Office Address:             MGH Beacon Hill
                            100 Charles River Plaza, 5th Floor
                            Boston, MA 02214

Home Address:              9 Hurlbut Street
                            Cambridge, MA  02138

Date of Birth:             October 16, 1942

Place of Birth:            Jersey City, NJ

Education:

   1963 B.A.              Harvard College
   1967 M.D.              Columbia University College of Physicians and Surgeons

Postdoctoral Training:

   Internship and Residencies:

   1967-1968              Intern in Medicine, Presbyterian Hospital, New York City
   1968-1969              Assistant Resident in Medicine, Presbyterian Hospital, New York City
   1971-1972              Resident in Medicine, Massachusetts General Hospital, Boston

   Fellowships:

   1971-1972              Clinical Fellow in Medicine, Harvard Medical School

Licensure and Certification:

   1971                   Massachusetts License
   1972                   Diplomate, American Board of Internal Medicine
   1980                   Recertification, American Board of Internal Medicine

Academic Appointments:

   1972-1973              Instructor in Medicine, Harvard Medical School
   1973-1976              Instructor in Medicine at the Beth Israel Hospital, Harvard Medical School
   1976-1979              Assistant Professor of Medicine at the Beth Israel Hospital, Harvard Medical School
   1979-1982              Assistant Professor of Medicine at the West Roxbury Veterans Administration Medical
                          Center, Harvard Medical School
   1982-1993              Assistant Professor of Medicine, Harvard Medical School
   1993-                  Associate Professor of Medicine, Harvard Medical School

Hospital Appointments:

   1972-1979              Assistant in Medicine, Beth Israel Hospital, Boston

| | |
|---|---|
| 1972-1975 | Assistant in Medicine, Peter Bent Brigham Hospital, Boston |
| 1975-1981 | Junior Associate in Medicine, Peter Bent Brigham Hospital, Boston |
| 1979-1995 | Associate Chief of Staff for Ambulatory Care, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1981-1982 | Associate in Medicine, Brigham and Women's Hospital, Boston |
| 1982-1995 | Associate Physician, Brigham and Women's Hospital, Boston |
| 1995-2001 | Associate Physician, Massachusetts General Hospital, Boston |
| 2001- | Physician, Massachusetts General Hospital, Boston |

Other Professional Positions and Major Visiting Appointments:

| | |
|---|---|
| 1969-1971 | Clinical Associate, National Institute of Arthritis and Metabolic Disease, Bethesda, MD |
| 1969-1971 | Medical Co-Director (volunteer), Washington Free Clinic, Washington, DC |
| 1972 | General practitioner (summer position), Martha's Vineyard Island, MA |
| 1972-1976 | Staff, Ambulatory Care Project, Beth Israel Hospital, Boston |
| 1972-1979 | Consultant in Medicine, Boston Hospital for Women, Boston |
| 1976-1979 | Principal Investigator, "Computer Based Ambulatory Quality Assurance Program," Harvard Community Health Plan, Boston National Center for Health Services Research Grant #HS02142 |
| 1978-1979 | Faculty, Joint Commission on Accredition of Hospitals, Ambulatory Health Council, Courses in Ambulatory Quality Assurance |
| 1982-1984 | Regional Leader, Society for Research and Education in Primary Care Internal Medicine |
| 1983-1988 | Senior Medical Clinical Coordinator, District #1, Former Prisoners of War Program, Veterans Administration |
| 1984- | Member, Division on Aging, Harvard Medical School |
| 1985-1989 | Investigator and Member, Health Systems Research and Development Field Program, Region #1, Veterans Administration |
| 1986 | Sabbatical, Harvard School of Public Health and Institute for Health Research |
| 1986-1992 | Medical Principal Investigator, West Roxbury-Brockton Department of Veterans Affairs Medical Center, "A Randomized Study of Prostatic Surgery for Moderately Symptomatic Benign Prostatic Hyperplasia in Elderly Men," VA Cooperative Study, CSP #246 |
| 1987-1990 | Principal Investigator, "Reducing Pharmacy Costs in the Veterans Administration," HSR&D Project IIR #82-107, Research Service, Veterans Administration |
| 1987-1990 | Principal Investigator, "Alcohol Intake, Compliance and the Control of Hypertnesion," VA Merit Review Project |
| 1988-1990 | Principal Investigator, "Assessing the Appropriateness of Admissions in VA District One", VA Special Project, HSR&D Service |
| 1990- | Reviewer, Medical Care and Journal of General Internal Medicine |
| 1991 | Visiting Professor, Duke University Medical School, Division of General Internal Medicine, January 19 & 20 |
| 1991-1998 | Consultant, Quality Assurance and Drug Utilization, Private Healthcare Systems, Inc. |
| 1993-1995 | National Association of VA Physician Ambulatory Managers, Executive Committee |
| 1994-1997 | Associate Editor, Eye on Improvement, Institute for Healthcare Improvement, Boston |

Awards and Honors:

| | |
|---|---|
| 1960-1963 | Harvard National Scholar |
| 1966 | Alpha Omega Alpha |

Major Committee Assignments:

Harvard Medical School:

| | |
|---|---|
| 1979-1987 | Primary Care Steering Committee |
| 1987-1989 | Curriculum Committee |
| 1995-1998 | Primary Care Clinician Teacher Committee on Financial Support for Ambulatory Teaching, Primary Care Division, Harvard Medical School |

Health Center and Hospital:

| | |
|---|---|
| 1976-1979 | Chairman, Quality Assurance Committee, Harvard Community Health Plan |
| 1980-1983 | Chairman, Emergency Medical Care Committee, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1981-1983 | Chairman, Quality Assurance Committee, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1981-1982 | Research Committee, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1982-1987 | Chairman, Geriatric Program Steering Committee, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1983 | Chairman, Resources Subcommittee of Consolidation Committee, Department of Veterans Affairs Medical Center, West Roxbury/Brockton, MA |
| 1983-1987 | Chairman, Quality Assurance Review Board, Department of Veterans Affairs Medical Center, West Roxbury/Brockton, MA |
| 1986-1989 | Member, Steering Committee, HSR&D Field Program, Region #1, Department of Veterans Affairs |
| 1987-1991 | Member, MEDIPRO Board, District #1 (MA, VT, ME, RI, NH), Department of Veterans Affairs |
| 1987-1990 | Member, Regional Quality Management Steering Committee, Region #1 (MA, VT, ME, RI, NH, NY, CT, PR), Department of Veterans Affairs |
| 1988-1995 | Pharmacy and Therapeutics Committee, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1992-1995 | Chairman, Ambulatory Care Steering Committee, Department of Veterans Affairs Medical Center, West Roxbury/Brockton, MA |
| 1995- | Practice Leaders Group, Massachusetts General Physicians Organization, Boston |
| 1995-1996 | Physicians Information Resources Committee, Massachusetts General Hospital, Boston |
| 1996-1997 | Co-chair, Primary Care Operations Improvement Working Group on Inpatient to Outpatient Conversion |
| 1998- | Clinical Practice Council, Medical Service, MGH |
| 1999-2001 | Co-Director, BP Less is More Project, MGPO and MGH |
| 1999-2000 | Co-Chair, Access and Communications Committee, Medical Service, MGH |
| 2000-2004 | PCOI Advisory Committee, General Medicine Unit, MGH |
| 2002-2004 | PACE Project, MD Advisory Committee |

Department of Veterans Affairs Central Office:

| | |
|---|---|
| 1982-1986 | Ambulatory Care Field Advisory Group |
| 1983-1986 | Chairman, Ambulatory Care Field Advisory Group |
| 1992-1994 | Planning Committee, Multiple Drug Use Managment in the Elderly |
| 1992-1993 | Scientific Advisory Committee, Utilization Review in the VA |

Memberships in Professional Societies:

| | |
|---|---|
| 1973-1984 | American Federation for Clinical Research |
| 1980-1995 | National Association of VA Physicians |
| 1981-1999, 2004 - | Society of General Internal Medicine (Formerly SREPCIM) |
| 1983-1987 | Cabot Society, Harvard Medical School |
| 1988- | Holmes Society, Senior Fellow, Harvard Medical School |
| 1994-1996, 2004 - | Member, American College of Physicians |

Major Research Interests:

1. Quality and utilization improvement

2. Automated record systems

3. Clinical care of common acute illnesses

4. Quality and cost issues in drug therapy

5. Hypertension

6. Efficiency in Office Practice Using Automated Information Systems

Teaching Experience:

| | |
|---|---|
| 1973-1974 | Director, Primary Care Internal Medicine Residency Program, Harvard Community Health Plan |
| 1974-1979 | Preceptor, above program |
| 1974-1979 | Co-leader, Seminar in Psychological Aspects of Medical Care, above program |
| 1972-1973 and 1980- | Attending Physician, Medical Service, Department of Veterans Affairs, Medical Center, West Roxbury, MA |
| 1974-1979 | Attending Physician, Medical Service, Beth Israel Hospital, Boston, MA |
| 1981-1994 | Attending Physician, Medical Service, Department of Veterans Affairs Medical Center, Brockton, MA |
| 1983-1992 | Attending Physician, Geriatric Evaluation Unit, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1980-1994 | Preceptor, Primary Care Internal Medicine Residency Program, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1973-1977 | Preceptor, Introduction to the Patient, Beth Israel Hospital, Boston, MA |
| 1986-1995 | Guest Faculty, Quality Assurance, Harvard School of Public Health |
| 1979-1992 | Guest Faculty, Quality Assurance, Boston University School of Public Health |
| 1980-1994 | Preceptor, Introduction to the Patient, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1981-1984 | Director, Annual Programs on Careers in General Internal Medicine for Primary Care Internal Medicine Residents, Harvard Medical School |
| 1982 | Program Chairman, Joint Program, Department of Veterans Affairs and Harvard Division of Primary Care, "What Physicians Can Do to Control Health Care Costs" |
| 1983 | Program Chairman, District Conference on Former Prisoners of War |
| 1983 | Program Chairman, National Ambulatory Care Educational Meeting, Department of Veterans Affairs |
| 1984-1988 | Lecturer, Continuing Education, Brigham Medical Group |
| 1988-1998 | Faculty, Patient/Doctor Course, Harvard Medical School |
| 1989- | Faculty, Ambulatory Care Clerkship and its predecessors, Harvard Medical School |
| 1989-1993 | Faculty, Regional Ambulatory Care Training Programs, Northport (NY) Regional Medical Education Center, Department of Veterans Affairs |
| 1990-1994 | Faculty and Planning Committee, Drug Use Evaluation National Training Program, Department of Veterans Affairs |
| 1990- | Faculty and Workshop Leader, Faculty Development and Continuing Education Courses, Office of Educational Development, Harvard Medical School |
| 1992 | Satellite Broadcast participant, Multiple Drug Use Management in the Elderly, Department of Veterans Affairs |
| 1992 | Satellite Broadcast participant, Utilization Review in the Department of Veterans Affairs |
| 1993-1994 | Faculty, National Conference on Multiple Drug Use Management in the Elderly, Department of Veterans Affairs |

| 1994 | Program Planning Committee and Host, National Association of VA Physician Ambulatory Managers, National Meeting |
| 1995- | Office Preceptor, Internal Medicine Residency, Massachusetts General Hospital, Boston |
| 1996-1999 | Ward Attending, Massachusetts General Hospital, Boston |
| 1995-2000 | Workshop Leader, Primary Care Internal Medicine Courses, Somatizing Patient, Low Back Pain, Diabetes, Hyperlipidemia, Asthma, UTI, URI, Massachusetts General Hospital and Harvard Medical School |
| 1996- | Office Preceptor and Group Tutor, Ambulatory Care Clerkship, Harvard Medical School |
| 1997-2000 | Speaker and Workshop Leader, Financial Support for Ambulatory Training, Harvard Medical School Education and Primary Care Retreats |
| 1999-2005 | Preceptor, Medicine Clerkship, Ambulatory Care Month, HMS and MGH |
| 2004- | Resident Supervisor and Teacher, MGH |

Principal Clinical and Hospital Service Responsibilities:

| 1971-1979 | Staff Internist, Harvard Community Health Plan, Kenmore Center, Boston |
| 1979-1982 | Associate Chief of Staff for Ambulatory Care, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1982-1984 | Founder and Director, Geriatric Evaluation Unit, Department of Veterans Affairs Medical Center, West Roxbury, MA |
| 1982-1995 | Associate Chief of Staff for Ambulatory Care, Department of Veterans Affairs Medical Center, West Roxbury, Brockton and Worcester MA |
| 1993-1995 | Associate Chief of Medicine for Primary Care, Department of Veterans Affairs Medical Center, West Roxbury/Brockton, MA |
| 1995- | Medical Director, MGH Beacon Hill Primary Care, Massachusetts General Hospital, Boston |
| 1996- | Medical Director, MGH Downtown, Massachusetts General Hospital, Boston |

Part II

## RESEARCH, TEACHING and CLINICAL CONTRIBUTIONS

A.  Narrative

My major activities are clinical and administrative.  I practice as a general internist 5/8 time seeing patients in the office at MGH Beacon Hill, an internal medicine group practice organized as part of the Massachusetts General Physicians Organization.  I am the founding Medical Director of MGH Beacon Hill and the Medical Director of MGH Downtown, another similar practice.  As such, I am responsible for the quality of care and financial performance of these practices.  My major accomplishments in these capacities are: 1. Building these practices to the point that they are successful financially. 2.Recruiting an exceptionally talented and diverse professional staff. 3. Introducing student and resident teaching. 4. Implementing a number of innovations in ambulatory care, such as the Partners Longitudinal Medical Record (for which we were a beta-test site), the Patient Gateway (an internet site for patients), Open Access Scheduling System, and Results Manager Lab Reporting System.  I am active in the Primary Care Leaders group.  I have received two Partners in Excellence Awards, for participation in the development of the PCOI Website in 1998 and the Musculoskeletal Care Team in 1999.

My most recent initiative has been to develop a fellowship program for practicing internists at MGH to pursue a creative project for a three-month period, fully funded.  This project was made possible by a gift from one of my patients and will fund 8 fellows during the period 2005-2007.  I initiated the program, administer it, select the fellows along with members of a committee of the General Medicine Unit, and mentor the fellows with their projects.  This program provides a creative outlet for busy practicing primary care physicians, and promotes innovation and progress in primary care.

My Harvard Medical School teaching activities for the last 7 years have primarily involved ambulatory training.  I have had longitudinal students in the Ambulatory Care Clerkship ever since its inception.  I taught in the third year Medicine ambulatory month 1998-2005.  I continue to give invited talks, such as Grand Rounds at Harvard University Health Services in April, 1999, talks on hypertension to many of the MGH primary care practices in conjunction with the *BP Less is More* Project (see below), and talks on *Improving Efficiency in the Office* for the MGH General Medicine orientation day (10/4/02), and *Managing Lab Results* for the recent MGH Primary Care Retreat (11/5/02), and *Organizing an Efficient Primary Care Practice* at the most recent MGH Primary Care Retreat (10/25/05).

My recent research activities have been in the area of quality of hypertension care.  I was Co-director of the MGPO-sponsored *BP Less is More* Project (2000-1), which measured quality of hypertensive care at the primary care practices, and gave feedback to each of the practices.  Through this project we identified areas in need of quality improvement and  identified educational and resource needs of patients and physicians.  We developed patient and physician education materials on the PCOI website and made home blood pressure devices more available to patients through the MGH pharmacy.

I was a co-author of a New England Journal Sounding Board article on the charitable trust as a framework for involving patients in genomic research in 2003, and contributed several chapters to a book on telephone triage published in 2001.

B.  Funding

1.  0.5 FTE Clinical Care and Student Teaching (concurrent)
2.  0.375 FTE Administration (Medical Director)
3.  0.125 FTE Resident Teaching and Supervision

C.  Teaching
1.  Ambulatory Care Clerkship – 1 student per year, 9 months, 1 afternoon per week, 3-4 weeks per month, office preceptor, 1996-present.  5 hours per week.
2.  Core Medicine Clerkship – 4-5 students per year, 4 weeks each, 3 half days per week, office preceptor, 1998-2005.  Fifteen hours per week.
3.  Resident Supervision and Teaching – 1-2 residents per week, one half day per week, 2004-present

D.  Clinical

1. Internal Medicine practice of approximately 2000 diverse adult patients.
2. Practice was beta test site for LMR, the Partners HealthCare System electronic record, and is currently a beta test site for the Patient Gateway (internet access to practice), and we have implemented Open Access Scheduling on our own, the first MGH practice to do so.
3. Partners in Excellence Awards (see above).

Part III

## BIBLIOGRAPHY

Original Reports

1.   Aurbach GD, Marcus R, Winickoff RN, Epstein FH Jr, Nigra TP.  Urinary excretion of 3',5'-AMP in syndromes considered refractory to parathyroid hormone.  Metabolism 1970; 19:799-808.

2.   Moskowitz MA, Winickoff RN, Heinz FR.  Familial calcification of basal ganglions: a metabolic and genetic study.  N Engl J Med 1971; 285:72-77.

3.   Greenfield S, Anderson H, Winickoff RN, Morgan A, Komaroff AL.  Nurse-protocol management of low back pain: Outcomes, patient satisfaction, and efficiency of primary care.  West J Med 1975: 123:350-359.

4.   Winickoff RN, Ronis A, Black WL, Komaroff AL.  A protocol for minor respiratory illnesses - an evaluation of its use by nurses in a prepaid group practice.  Public Health Rep 1977; 92:473-480.

5.   Morgan M, Studney DR, Barnett GO, Winickoff RN.  Computerized concurrent review of prenatal care.  Quality Review Bulletin 1978; 4:33-36.

6.   Barnett GO, Winickoff RN, Dorsey JL, Morgan MM, Lurie RS.  Quality assurance through automated monitoring and concurrent feedback using a computer-based medical information system.  Med Care 1978; 16:962-970.

7.   Cole R, Winickoff RN.  Hemophilius parainfluenzae endocarditis.  South Med J 1979; 72:516-518.

8.   Ludden J, Winickoff RN, Steinberg S.  Psychological aspects of medical care - a training seminar for primary care physicians.  J Med Educ 1979; 54:720-724.

9.   Winickoff RN, Barnett GO, Morgan M, Coltin K.  Quality assurance in a prepaid group practice.  J Amb Care Management 1979; 2:19-28.

10.   Winickoff RN, Wilner SI, Gall G, Laage T, Barnett GO.  Urine culture after treatment of uncomplicated cystitis in women.  South Med J 1981; 74:165-169.

11.   Wilner S, Schoenbaum SC, Monson RR, Winickoff RN.  A comparison of the quality maternity care between a health-maintenance-organization and fee-for-service practices.  N Engl J Med 1981; 304:784-787.

12.   Wilner S, Winickoff RN, Schoenbaum SC, Coltin KC.  The role of patient interventions in ambulatory quality assurance programs.  Health Ed Q 1982; 9:42-54.

13.   Feldman J, Wilner S, Winickoff R.  A study of lithium carbonate use in a health maintenance organization.  Quality Review Bulletin. 1982; 8:8-14.  Reprinted in Quality Review Bulletin, Special Edition: Quality assurance in mental health: theory, technology and practice.  Spring 1983; 33-39.

14.   Barnett GO, Winickoff RN, Morgan MM, Zielstorff RD.  A computer-based monitoring system for follow-up of elevated blood pressure.  Med Care 1983; 21:400-409.

15.   Winickoff RN, Coltin KL, Morgan MM, Buxbaum RC, Barnett GO.  Improving physician performance through peer comparison feedback.  Med Care 1984; 22:527-534.

16.   Epstein AM, Read JL, Winickoff R.  Physician beliefs, attitudes and prescribing behavior for anti-inflammatory drugs.  Am J Med 1984; 77:313-318.

17. Winickoff RN, Wilner S, Neisuler R, Barnett GO. Limitations of provider interventions in hypertension quality assurance. Am J Public Health 1985; 75:43-46.

18. Komaroff AL, Pass TM, Aronson MD, Ervin CT, Cretin S, Winickoff RN, Branch WT. The prediction of streptococcal pharyngitis in adults. J Gen Intern Med 1986; 1:1-7.

19. Winickoff RN, Coltin KC, Fleishman SJ, Barnett GO. Semi-automated reminder system for improving syphilis management. J Gen Intern Med 1986; 1:78-84.

20. Parks CL, Cashman SB, Winickoff RN, Bicknell WJ. Quality of acute episodic care in investor-owned ambulatory health centers. Med Care 1991; 29:72-84.

21. Winickoff RN, Restuccia JD, Fincke BG and the Appropriateness Evaluation Protocol Study Group. Concurrent application of the Appropriateness Evaluation Protocol to acute admissions in Department of Veterans Affairs Medical Centers. Med Care 1991 (supplement); 29:AS64-76.

22. Winickoff RN, Fischer MA, August BJ. Appropriateness of short-stay admissions for procedures in six Veterans Affairs hospitals. QRB 1991; 17:386-391.

23. The Department of Veterans Affairs Cooperative Study of Transurethral Resection for Benign Prostatic Hyperplasia. A comparison of quality of life with patient reported symptoms and objective findings in men with benign prostatic hyperplasia. J Urol 1993; 150(2):1696-1700.

24. Wasson JH and others for the Veterans Affairs Cooperative Study Group on Transurethral Resection of the Prostate. A comparison of transurethral surgery with watchful waiting for moderate symptoms of benign prostatic hyperplasia. New Eng J Med 1995; 332:75-79.

25. Winickoff DE, Winickoff RN. Sounding Board:The Charitable Trust as a Model for Genomic Biobanks. New Engl J Med 2003; 349:1180-4.

Books and Monographs

1. Perlman F, Winickoff RN. Upper respiratory infection protocol. Introduction for physicians. Boston: MIT Lincoln Laboratory and Beth Israel Hospital, 1974.

2. Perlman F, McCue K, Winickoff RN. Upper respiratory infection protocol. Training Manual. Boston: MIT Lincoln Laboratory and Beth Israel Hospital, 1974.

3. Winickoff RN, Greenfield S. Low back pain protocol. Introduction for physicians. Boston: MIT Lincoln Laboratory and Beth Israel Hospital, 1975.

4. Winickoff RN, Cohen A, Geiger V. Low back pain protocol. Training Manual. Boston: MIT Lincoln Laboratory and Beth Israel Hospital, 1975.

5. Winickoff RN, Spector S. Acne, warts, rash protocol. Introduction. Boston: MIT Lincoln Laboratory and Beth Israel Hospital, 1976.

6. Komaroff A, Winickoff RN, eds. Common acute illnesses: A problem-oriented text with protocols. Boston: Little Brown and Company, 1977.

7. Winickoff RN, Coltin KL, Barnett GO, Morgan MM. A computer based ambulatory quality assurance program: final report. Boston: Harvard Community Health Plan and Massachusetts General Hospital Laboratory of Computer Science, 1979.

8. Winickoff RN, Principal Investigator. Reducing pharmacy costs in the VA: final report. West Roxbury, MA: Department of Veterans Affairs, Health Services Research and Development Service, 1993.

9. Winickoff RN. Ch. 35, Colds and Flu, pp. 143-146; Ch. 40, Ear Pain, pp. 159-160; Ch. 53, Sore Throat, pp. 203-204; Ch. 54, Strains and Sprains, pp. 205-207; in Katz HP, Telephone Medicine – Triage and Training for Primary Care, FA Davis Co., Philadelphia, 2001.

Reviews, Editorials, Teaching Materials, Program Descriptions

1.   Aurbach GD, Marcus RA, Heersche JNM, Winickoff RN, Marx SJ. Cyclic nucleotides in the action of native and synthetic parathyroid hormone and calcitonin peptides. Proceedings of the 4th International Parathyroid Conference, Chapel Hill, NC, March 1971. Excerpta Medica, Amsterdam. 1971; 502-510.

2.   Winickoff RN. Primary care internal medicine training. Harvard Medical Alumni Bulletin 1974; 48:11-14.

3.   Winickoff RN, McCue K, Perlman F. Upper respiratory infection. In: Komaroff A, Winickoff RN, eds. Common acute illnesses: A problem-oriented text with protocols. Boston: Little Brown and Company, 1977:11-39.

4.   Barnett GO, Winickoff RN, Dorsey JL, Morgan M. The role of feedback in quality assurance - an application of a computer-based ambulatory medical information system. Proceedings of the American Society of Internal Medicine Conference on Assessing Physician Performance in Ambulatory Care, San Francisco, 1976.

5.   Winickoff RN, Cohen AB, Geiger V, Greenfield S. Low back pain. In: Komaroff A, Winickoff RN, eds. Common acute illnesses: a problem-oriented text with protocols. Boston: Little Brown and Company, 1977:163-189.

6.   McCue JD, Black CB, Pass TM, Winickoff RN. Chest pain. In: Komaroff A, Winickoff RN, eds. Common acute illnesses: a problem-oriented text with protocols. Boston: Little Brown and Company, 1977:229-262.

7.   Winickoff RN. Low back pain. Physician Assistant. 1977; 2:12-19.

8.   Winickoff RN, Wilner SI, Coltin K. A combined process and outcome approach to ambulatory quality assurance. Proceedings of the 1979 Meeting, Group Health Institute, Phoenix, AZ, June 6, 1979. Group Health Institute Inc, Washington, DC. 1979; 278-285.

9.   Winickoff RN, Murphy PK. The persistent problem of poor blood pressure control. Arch Intern Med 1987; 147:1393-1396.

10.  Winickoff RN. VA faces growing outpatient demand. U.S. Medicine. 1988; 24:29-33.

11.  Barnett GO, Winickoff RN. Quality assurance and computer-based patient records. AJPH. 1990; 80:527-8 (Editorial).

12.  Greene JM, Winickoff RN. Cost conscious prescribing of non-steroidal anti-inflammatory drugs for adults with arthritis: a review and suggestions. Arch Intern Med 1992; 152(10): 1995-2002.

13.  Winickoff RN, Editor. Strategies in Geriatrics. Vol 1, nos. 1-6, (National newsletter on pharmacotherapeutics in the elderly), 1993, Department of Veterans Affairs.

14.  Winickoff RN, Apstein MD. Drugs for acid-related upper gastrointestinal disease, in Strategies in Geriatrics, Vol 1, no. 4, 1993, Department of Veterans Affairs.

15.  Winickoff RN, Editor. Strategies in Geriatrics. Vol. 2, nos. 1-6, 1994-5, Department of Veterans Affairs.

16.  Winickoff RN. Consolidation of outpatient ordering forms. In: Sharing innovations among VA clinicians. Washington: Department of Veterans Affairs, Office of Quality Management, 1994: 21-2.

17.  Winickoff RN. Medical-surgical day unit. In: Sharing innovations among VA clinicians. Washington: Department of Veterans Affairs, Office of Quality Management, 1994: 23-4.

18.  Winickoff RN. Informing patients of test results. Forum 2000;20(2):12-13.