UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR PERNOKAS, and }<br>DIANNE PERNOKAS, }<br>Plaintiffs }<br> }<br>v. }<br> }<br> }<br>BARRIE PASTER, MD, }<br>Defendant } | Case No. 04-10258 NG |

## CERTIFICATE OF SERVICE

I, Robert C. Gabler, attorney for the plaintiffs, hereby certify that on this date, March 16, 200, I did serve Plaintiff's Expert Disclosure, with the accompanying reports of Marcia J. Browne, MD and Richard N. Winickoff, pursuant to Fed. R. Civ. P. (A)(2)(B) by causing all to be electronically filed under Local Rules 5.4 and 5.2(b), with an electronic copy transmitted to all other attorneys of record as such:

Charles P. Reidy, III, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St.
Boston, MA   02114

/s/_____
Robert C. Gabler