UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  |  | CASE NO. 04-10258NG |
| ARTHUR PERNOKAS AND | ) |  |
| DIANNE PERNOKAS, | ) |  |
|    Plaintiffs | ) | DEFENDANT'S EXPERT DISCLOSURE |
|  | ) | PURSUANT TO FED. R. CIV. P. |
| VS. | ) | (A)(2)(B) |
|  | ) |  |
| BARRIE PASTER, M.D., | ) |  |
|    Defendant | ) |  |

Defendant, Barrie Paster, M.D., by his attorney, hereby makes the following expert disclosures in the above-captioned matter, accompanied by the signed expert reports, filed herewith:

Richard A. Parker, M.D.
Beth Israel Deaconess Medical Center
330 Brookline Avenue
Boston, MA 02215

Marc B. Garnick, M.D.
140 Dudley Street
Brookline, MA 02445

Joseph C. Bergeron, Jr., M.D.
5 Huckleberry Lane
Acton, MA 01720

       /s/ Anthony R. Brighton
Charles P. Reidy, III
B.B.O. No. 415720
Anthony R. Brighton
B.B.O. No. 660193
Attorney for Defendant, Barrie Paster, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

CERTIFICATE OF SERVICE

    I, Anthony R. Brighton, attorney for defendant, Barrie Paster, M.D., hereby certify that on the 19th day of April, 2006, a copy of the above document was **electronically forwarded** to Robert C. Gabler, Esquire, 100 Summer Street, Suite 3232, Boston, MA 02110.

       /s/ Anthony R. Brighton
Charles P. Reidy, III
B.B.O. No. 415720
Anthony R. Brighton
B.B.O. No. 660193
Attorney for Defendant, Barrie Paster, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240