## Depositions and Court Testimony

Richard A. Parker, MD

- April 23, 2003 -- <u>Deyesso v. Tsanotelis MD</u>. Renal cell cancer. Testified for the plaintiff. Liz Mulvey, Esq. Brockton Superior Court testimony, Massachusetts.

- May 29, 2003 -- <u>Misiora v. Alongi, MD</u> Cervical cancer. Maryland. For the plaintiff. Deposition in Boston.

- October 29, 2003 <u>Miriam Downs, Executrix for Estate of Clayton Downs v. New London Hospital, Inc., and Drs. Andrew Best and Stephen Jordan</u> – Case # 02-C-0126. NH case. Deposition for defense. Peter Meyer, Esq. Myocardial infarction.

- September 10, 2004 <u>Diana Serrano v. Krishnakumar Rajamani, M.D., Westside Internal Medicine, Unity Health System and Park Ridge Hospital, Inc.</u> Rochester, NY. Testified for the plaintiff. Anti-phospholipid antibody syndrome.

- April 25, 2005 <u>Folloni v. Munger, M.D.</u> NH case. Deposition for the defense in Boston, MA. Michael Pignatelli, Esq. Stroke.

- May 5, 2005 <u>Lapietra v. Cardi, M.D.</u> RI case. Deposition for the plaintiff in Boston, MA. Florence Carey, Esq. Pulmonary embolism.

- December 9, 2005 <u>Motta v. Schwartz, M.D.</u> MA case. Breast cancer in a man. George Wakeman, Esq. Testified for the defense in Fall River Superior Court.

# CURRICULUM VITAE

**PART I:** General Information

**Date Prepared:** March 6, 2006

**Name:** Richard A. Parker, M.D.
  Internal Medicine

**Office Address:** Healthcare Associates -- Atrium Suite
Beth Israel Deaconess Medical Center
330 Brookline Ave., Shapiro 153
Boston, MA 02215

**E-Mail:** *raparker@bidmc.harvard.edu*   **Fax:** 617-667-6405

**Education:**

| | | | |
|---|---|---|---|
| 1974-1978 | B.A. | Harvard College, East Asian Languages and Civilizations |
| 1981-1983 | | Dartmouth Medical School |
| 1983-1985 | M.D. | Brown Medical School (Combined Dartmouth-Brown Program in Medicine.) |

**Post-Doctoral Training:**

Internship and Residency

1985-1986    Intern in Medicine, Deaconess Hospital, Boston, MA
1986-1988    Resident in Medicine, Deaconess Hospital, Boston, MA

Fellowships

1985-1988    Clinical Fellow in Medicine, Harvard Medical School

**Licensure and Certification:**

1985    Commonwealth of Massachusetts, Medical License
1988    American Board of Internal Medicine, Diplomate

**Academic Appointments:**

1988-2000    Instructor in Medicine, Harvard Medical School
2000-           Assistant Professor of Medicine, Harvard Medical School

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1988- | Associate Physician, Beth Israel Deaconess Medical Center |

**Hospital and Health Care Organization Service Responsibilities:**

| | |
|---|---|
| 1988-1989 | Physician, STRAIGHT, Adolescent Drug and Alcohol Treatment Program, Stoughton, MA |
| 1988-1991 | Physician, Emerson College Student Health Service |
| 1989-1990 | Physician, Hypertension Clinic, Division of Behavioral Medicine, Deaconess Hospital |
| 1988- | Physician, Healthcare Associates |
| 1990-1995 | Chief of Medical Services, Massachusetts Mental Health Center |
| 1992-1994 | Associate Medical Director, General Internal Medicine, Deaconess Hospital |
| 1995-1997 | Goddard Medical Associates, Internal Medicine Liaison |
| 1995-1997 | HMO Blue, Associate Medical Director |
| 1995-1999 | Fallon, Deaconess Medical Director |
| 1995-1997 | Acting Chief, General Internal Medicine, Deaconess Hospital |
| 1997-1998 | BIDMC representative to Blue Cross/Blue Shield Health Care Improvement Council |
| 1994- | Medical Director, Deaconess Healthcare Associates |
| 1998-2001 | Associate Medical Director, Healthcare Associates (combined practice) |
| 1997-1998 | Physician Reviewer, Managed Care Cases, West Campus-HPHC/Tufts/Fallon/BC/BS |
| 2000-2002 | Senior writer and editor for Medscape/CBS Healthwatch |
| 2000- | Physician Order Entry Steering Committee |
| **2001-** | **Medical Director, Beth Israel Deaconess Physician Organization** |

**Major Committee Assignments:**

| | |
|---|---|
| 1990-1994 | Quality Assurance, General Internal Medicine |
| 1990-1993 | Ambulatory Services Committee |
| 1990-1992 | Emergency Room Facility Planning |
| 1990-1992 | Disaster Committee |
| 1995-1997 | Deaconess Hospital Medical Executive Committee |
| 1995-1996 | Fallon Health Care Work Group |
| 1995-1997 | Managed Care Oversight Committee |
| 1995-1996 | Ambulatory Care Task Force |
| 1995-1997 | Managed Care Committee, Deaconess Medical Associates, Chair |
| 1995-1997 | Deaconess Medicine Executive Committee |
| 1995-1997 | Department of Medicine Executive Committee |
| 1995-1997 | Ambulatory Services Committee, Chair |
| 1997-1999 | Managed Care Working Group, General Internal Medicine |
| 1997-1999 | Computer Services User Group |
| 1997-1998 | Clinical Systems Advisory Committee |
| 1997-1998 | Ambulatory Services Committee, West Campus, Chair |
| 1997-1998 | Pharmacy and Therapeutics Committee |

| | |
|---|---|
| 1997-2000 | General Internal Medicine Quality Improvement Committee |
| 1997-1998 | Primary Care Physician Advisory Group to Beth Israel Deaconess Physician Organization |
| 1997-1998 | UM/QA Committee of Beth Israel Deaconess Physician Organization |
| 1998-2000 | Member of Board of Directors, Beth Israel Deaconess Physician Organization |
| 1998-1999 | Global Registration and Scheduling Committee |
| 1998-1999 | Treasurer, Beth Israel Deaconess Physician Organization |
| 2000-2004 | Chairman, Information Technology Development Committee |
| 2002-2005 | PatientSite Development Planning Committee |
| 2003-2004 | Emergency Department Admission Development Plan |
| 2004 | Member of Executive Committee, Board of Directors, Harvard Medical Faculty Plan |
| 2004 | Beth Israel Deaconess Medical Center representative to Massachusetts Health Quality Partners |
| 2005 | Harvard Medical Faculty Physicians, Board of Directors |
| 2005 | Medical Resource Oversight Committee, Massachusetts Medical Society |
| 2005 | Co-Chair, Joint Hospital and Physician Organization Quality and Performance Committee |

## Professional Societies:

| | |
|---|---|
| 1988- | American College of Physicians |
| 1988- | Society of General Internal Medicine |
| 2005- | Massachusetts Medical Society |

## Editorial Boards:

| | |
|---|---|
| 1997-1999 | Reviewer, New England Journal of Medicine |
| 1998-2001 | Reviewer, Journal of the American Medical Association |

## Awards and Honors:

| | |
|---|---|
| **2000** | **"One of Boston's Best Internal Medicine Physicians". Boston Magazine.** |

3

**PART II: Research, Teaching, and Clinical Contributions**

A.   Narrative Report:  N.A.


B.  Outside Funding -- N.A.

C. Report of Current Research Activities:

1996-1999  Principal Investigator, Deaconess Hospital Site, Risk Management Foundation sponsored Ambulatory Medicine Quality Improvement Projects:

    I. Evaluation of Breast Complaints and Follow-up of Abnormal Mammograms.

    II. Cross-sectional Study of Preventative Services and Target Conditions—Asthma and Diabetes Mellitus.

D. Report of Teaching:

1. Local contributions

    a. Harvard Medical School:

1988-1994  Preceptor for Introduction to Clinical Medicine for four 2nd-year HMS medical students, teaching history and physical exam. 20 hours/year, 4 students.

1990-1999  Presentation of model history taking annually to HMS II class – 2 hour/year. 40 students.

1990-1992  Preceptor for Patient-Doctor I, 4 hours/week through academic year. 150 hours/year. 6 students.

1992  Demonstration of history taking for Life Cycle Course. 2 hours. 90 students attending.

1993-1995  Case Conferences, General Internal Medicine,
Presented a challenging monthly case conference to the medical residents from my own clinical experience. In addition to clinical cases, topics such as "understanding managed care" and "ethical issues around dying" were included. 32 presentations, 32 direct teaching hours, 20 preparation hours. 25 residents in attendance.

    b. Graduate medical teaching

1988-  Attending on Medical Service, one month/year 2 residents, 4 interns, 2 medical students. Daily contact, 10 hours/week. 40 hours/year.

1991-  Developed teaching case around providing emergency care to an incompetent mentally ill patient. 6 hours preparation time. Presented to 25 residents.

1988-1998  Resident Report Conferences. 5 hours/year. Average 15 residents.

5

      c. Local invited teaching presentations

| | |
|---|---|
| 2002 | "End of Life Care" presentation for HMS I students |
| 2002 | "End of Life Care" presentation for Arnold Pain Center staff |
| 2004 | "Providing End of Life Care" Schwartz Rounds, BIDMC |

      e. Clinical supervisory responsibilities

1990-1995    Chief of Medical Service, Massachusetts Mental Health Center
Weekly educational sessions for psychiatric residents on dealing with medical problems in the mentally ill. 5 residents per week, 12 months/year, 50 hours/year.

1998-1999    Preceptor for one medical senior resident for his weekly continuity session – 1 hour/week for 40 sessions. 40 hours/year.

      f. Teaching leadership role

1990-1994    Emergency Medicine, Harvard Medical School fourth year elective, Developed course and served as first course director for Deaconess site. 10 medical students per year, 60 hours/year the first 2 years.

      g. Name of advisees or trainees

Significant Impact on Trainee -- Dr. Ronald Garry, precepted in clinic, and have served as mentor.

2. Regional, national or international contributions

      a. Presentations

1995-    Invited Presentation, Argentina National Medical Conference, "Ambulatory Care of the HIV Positive Patient" and "Diagnosis and Treatment of Sarcoidosis".

2001-    Society of General Internal Medicine Annual Conference, "A Successful Faculty Clinical Incentive Program in a Hospital-Based, Primary Care Teaching Practice", J Heffernan, S O'Neill, K Brown, R Parker, M Aronson, R Phillips, T Delbanco

E.    Report of Clinical Activities:

1990-1995    As Chief of Medical Service for the Massachusetts Mental Health Center, I provided medical consultation to the in-patient service. I supervised the psychiatric residents in training and a nurse practitioner.

1988-    I have maintained a medical practice first in Deaconess Medical Associates, and then Healthcare Associates at Atrium Suite. I

6

currently care for a panel of 600 patients, many with multiple, complex co-morbidities. I routinely follow 1-5 in-patients in the hospital.

## PART III:  BIBLIOGRAPHY

### Original Articles:

1. Malanoski GJ, **Parker R**, Eliopoulos GE.  Antimicrobial susceptibilities of a *Corynebacterium* CDC Group II Strain Isolated from a Patient with Endocarditis. Antimicrobial Agents and Chemotherapy 1992; 36:1329-1331

2. **Parker R**. The Rebirth of Isabelle. Annals of Internal Medicine. 133(11): 916-919, December 5, 2000.

3. **Parker, R**. "An Architect in Life, He Planned His Death." The Boston Globe, Op-Ed page, May 12, 2001.

4. **Parker, R**. Caring for Patients at the End of Life: Reflections after 12 Years of Practice. Annals of Internal Medicine. 136(1): January 2, 2002

### Edited Articles:

1. Barry MJ. "A 73-Year-Old Man With Symptomatic Benign Prostatic Hyperplasia." JAMA. 278(24):2178-2184, December 24/31, 1997.

2. Peppercorn MA. "A 66-Year-Old Women With Ulcerative Colitis." JAMA. 279(12)949-953.  March 25, 1998.

3. Goldman L. "A 75-Year-Old Man With An Abdominal Aortic Aneurysm And Emphysema." JAMA. 280(4):366-372. July 22/29, 1998.

4. Biederman J. "A 55-Year-Old Man With Attention-Deficit/Hyperactivity Disorder." JAMA. 280(12):1086-1092. September 23/30, 1998.

5. Drachman DA. "A 69-Year-Old Man With Chronic Dizziness." JAMA. 280(24):2111-2118. December 23/30, 1998.

6. Salzman C. "An 87-Year-Old Woman Taking A Benzodiazepine." JAMA. 281(12): 1121-1125.  March 24/31, 1999.

7. Foley K. "A 44-Year-Old Woman With Severe Pain At The End of Life." JAMA. 281(20):1937-1945.  May 26, 1999.

8. Spiegel D. "A 43-Year-Old Woman Coping with Cancer." JAMA.282(4):371-378. July 28, 1999.

9. Goldring SR. "A 55-Year-Old Woman With Rheumatoid Arthritis." JAMA.283(4):524-531. January 26, 2000.

10. Jacobs D. "A 52-Year-Old Suicidal Man." JAMA.283(20):2693-2699.  May 24/31, 2000.

11. Burkhart S. "A 26-Year-Old Woman With Shoulder Pain." JAMA.284(12):1559-1567. September 27, 2000.

12. Sachs,G. "A 25-Year-Old Woman With Bipolar Disorder." JAMA.285 (4): 454-462. January 24/31, 2001.

13. Rapin, I. "An 8-Year-Old Boy With Autism." JAMA.285 (13): 1749-1757. April 4, 2001.

One Year Follow-Up Letters

1. **Parker RA**, Hartman EE. "A 73-Year-Old Man With Symptomatic Benign Prostatic Hyperplasia, 1 Year Later." JAMA. 280(12):1092. September 23/30, 1998.

2. **Parker RA**, Hartman EE. "A 66-Year-Old Woman With Ulcerative Colitis, 1 Year Later". JAMA. 280(24):2118. December 23/30, 1998.

3. **Parker RA**, Hartman EE. "A 75-Year-Old Woman With An Abdominal Aortic Aneurysm and Emphysema, 1 Year Later." JAMA 281(8):744. February 24, 1999.

4. **Parker RA**, Hartman EE. "A 55-Year-Old Man With Attention-Deficit/Hyperactivity Disorder, 1 Year Later." JAMA. 281(20): 1945. May 26, 1999.

5. Amdur RJ. ""Prominence of Patients' Insurance Status in Clinical Crossroads." [Letter to the Editor] JAMA. 280(13): 1137-1138. October 7, 1999. (With reply from Daley, **Parker**, Hartman, Delbanco)

6. **Parker RA**, Hartman EE. "A 69-Year-Old-Man With Chronic Dizziness, 1 Year Later." JAMA. 282(4): 378. July 28,1999.

7. **Parker RA**, Hartman EE. "An 87-Year-Old Woman Taking A Benzodiazepine, 1 Year Later." JAMA. 282(20): 1960. November 24, 1999.

8. **Parker RA**, Hartman EE. "A 44-Year-Old Woman With Severe Pain at the End of Life, 1 Year Later." JAMA.282(24):2354. December 22/29, 1999.

9. **Parker RA**, Hartman EE. "A 43-Year-Old Woman Coping With Cancer, 1 Year Later." JAMA.283(12):1614. March 22/29, 2000.

10. **Parker RA**, Hartman EE. "A 26-Year-Old Woman Seeking an Abortion, 1 Year Later." JAMA.283(20):2700. May 24/31, 2000.

9

11. **Parker RA**, Hartman EE. "A 40-Year-Old Woman With a Strong Family History of Breast Cancer, 1 Year Later." JAMA.283(24):3243. June 28, 2000.

12. Carley JW. "A 26-Year-Old Woman With a Second Abortion." [Letter to the Editor] JAMA. 284(10): 1244. September 13, 2000. (With reply from **Parker**, Hartman)

13. **Parker RA**, Hartman EE. A 55-Year-Old Woman With Rheumatoid Arthritis, 1 Year Later." JAMA.284(12):1567. September 27, 2000.

14. Hartman EE, **Parker RA**. "A 36-Year-Old Woman With Endometriosis, Pelvic Pain, and Infertility, 1 Year Later." JAMA. 284(6):749. August 9, 2000.

15. **Parker RA**, Hartman EE. "A 48-Year-Old Man With Recurrent Sinusitis, 1 Year Later." JAMA.285(4):462. January 24/31, 2001.

16. **Parker RA**, Hartman EE. "A 52-Year-Old Suicidal Man, 1 Year Later." JAMA. 285(13):1757. April 4, 2001.

17. **Parker RA**, Hartman EE. "A 36-Year-Old Woman Who Smokes Cigarettes, 1 Year Later." JAMA.285(20):2636. May 23, 2001.

18. **Parker RA**, Hartman EE. "A 26-Year-Old Woman With Shoulder Pain, 1 Year Later." JAMA.285(24):3140. June 27, 2001.

19. **Parker RA**, Hartman EE. "A 25-Year-Old Woman With Bipolar Disorder, 1 Year Later." JAMA.286 (20): 2594. November 28, 2001.

20. **Parker RA**, Hartman EE. "An 8-Year-Old Boy With Autism, 1 Year Later." JAMA.287 (4): 504. January 23/30, 2002.