**Depositions and Court Testimony**

Marc B. Garnick, M.D.

Witt v. Buonomono, Connecticut case, Attorney Richard A. O'Connor, trial testimony.

Altshuler v. McCarthy, Massachusetts, Suffolk Superior Case No. SUCV2000-03755, trial testimony

Bhambi v. Piper, Massachusetts, Suffolk Superior Case No. SUCV2000-04189, trial testimony

Kaiser Permanente v. Bresnahan, District of Columbia case, video deposition.

Rubin v. Gold, Florida case, Attorney Paul Buschmann, video deposition.

# Curriculum Vitae

**Name:**  **Marc Bennett Garnick, M.D.**

**Hospital Address:**  Beth Israel Deaconess Medical Center
330 Brookline Avenue
Boston, Massachusetts 02215
Telephone (hospital pager):   617-667-5555 - ID 33065
Office (appointments):          617-667-5288
Digital Pager:  781-226-5007
e-mail (through pager)  781-226-5007@archwireless.net
                                    mgarnick@bidmc.harvard.edu

**Home Address:**  140 Dudley Street
Brookline, MA  02445-5908

**Date of Birth:**  January 8, 1947

**Place of Birth:**  Lawrence, Massachusetts

**Education:**
| | | |
|---|---|---|
| 1968 | AB | Bowdoin College, Brunswick, Maine |
| 1972 | MD | University of Pennsylvania School of Medicine, Philadelphia, Pennsylvania |

**Postdoctoral Training:**

Internships and Residencies:

| | |
|---|---|
| 1972-1973 | Medical Intern, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania |
| 1973-1974 | Medical Resident, Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania |

Fellowships:

| | |
|---|---|
| 1974-1976 | Clinical Associate, Division of Arthritis, Metabolism and Digestive Diseases, National Institutes of Health, Phoenix, Arizona, and Bethesda, Maryland |
| 1976-1978 | Clinical Fellow in Medicine, Harvard Medical School, Boston, Massachusetts |
| 1976-1978 | Clinical Fellow in Medical Oncology, Dana-Farber Cancer Institute, Boston, Massachusetts |

## Licensure and Certification

| | |
|---|---|
| 1976 | Massachusetts License Registration |
| 1976 | American Board of Internal Medicine Certificate |
| 1979 | American Board of Internal Medicine/Medical Oncology Certificate |

## Academic Appointments

| | |
|---|---|
| 1978-1979 | Instructor in Medicine, Harvard Medical School Boston, Massachusetts |
| 1979-1982 | Assistant Professor of Medicine, Sidney Farber Cancer Institute Harvard Medical School |
| 1982-1984 | Assistant Professor of Medicine, Harvard Medical School |
| 1984-1987 | Associate Professor of Medicine, Harvard Medical School |
| 1987-1998 | Associate Clinical Professor of Medicine, Harvard Medical School |
| 1998- | Clinical Professor of Medicine, Harvard Medical School |

## Hospital Appointments

| | |
|---|---|
| 1976-1978 | Assistant in Medicine, Peter Bent Brigham Hospital |
| 1978-1979 | Clinical Associate, Dana-Farber Cancer Institute |
| 1978-1984 | Assistant Physician, Dana-Farber Cancer Institute |
| 1978-1982 | Junior Associate in Medicine, Brigham and Women's Hospital |
| 1981-1989 | Consulting Physician, Nantucket Cottage Hospital, Nantucket, Massachusetts |

## Other Professional and Major Visiting Appointments

| | |
|---|---|
| 1987-1994 | Vice President, Clinical Development, Genetics Institute |
| 1994- | Executive Vice President, Praecis Pharmaceuticals, Inc., Cambridge, Massachusetts |
| 1994- | Chief Medical Officer and Chief Regulatory Officer Praecis Pharmaceuticals, Inc. |

## Awards and Honors

| | |
|---|---|
| 1968 | Magna Cum Laude, Bowdoin College |
| 1968 | Phi Beta Kappa, Bowdoin College |
| 1972 | Alpha Omega Alpha, University of Pennsylvania School of Medicine |
| 1992, 1994,1996, | Listed in Best Doctors in America, Published by Woodward/White, Aiken, South Carolina |
| 1996 | Board of Trustees, Bowdoin College, Brunswick, Maine |
| 1996 | Executive Committee, Head of the Charles Regatta, Cambridge, Massachusetts |
| 2002 | Chairperson, Admissions and Financial Aid Committee of the Board of Trustees, Bowdoin College, Brunswick, Maine |
| 1998 | Listed Best Doctors in America |
| 2000 2004 | Listed Best Doctors in America |
| 2002 2004 | Listed America's Top Doctors |
| 2004 | Director and Manager, Maria Mitchell Association, Nantucket MA |
| 2005 | Recipient Distinguished Medical Alumni Service Award, University of Pennsylvania School of Medicine |

## Major Committee Assignments

National/Regional

| | |
|---|---|
| 1979 | Consultant, National Academy of Sciences Task Force on Saccharin Labeling Act |

| | |
|---|---|
| 1986- | Member, Progression/Response Subcommittee on Prostate Cancer, through the Organ Systems Coordinating Center, Roswell Park Memorial Institute, Buffalo, New York |
| 1987 | Panel Member, NIH Consensus Localized Prostate Cancer, Bethesda, Maryland |
| 1987- | Consultant, National Kidney and Urologic Diseases Advisory Board |
| 1992- | Reviewer, SPORE Grant for Prostate Cancer, National Institutes of Health |
| 1995 | Reviewer, SPORE Grant for Prostate Cancer, National Institutes of Health |
| 1995 | Reviewer for WW Smith and Mary L Smith Charitable Trust Foundations, Bryn Mawr, Pennsylvania |
| 1996 | Member, National Cancer Institute Working Group for Cancer Prevention |

### Medical

| | |
|---|---|
| 1980-1987 | Admissions Committee (Subcommittee III), Harvard Medical School |

### Hospital

| | |
|---|---|
| 1978-1979 | Chairman, Cardiopulmonary Resuscitation Review Committee, Dana-Farber Cancer Institute |
| 1980-1983 | Member, Biomedical Research Grant Review Committee, Dana-Farber Cancer Institute |
| 1982-1987 | Member, Scientific Protocol Review Committee, Dana-Farber Cancer Institute |
| 1985-1987 | Member, Free Care Committee, Dana-Farber Cancer Institute |
| 1985-1987 | Member, Internship Selection Committee, Dana-Farber Cancer Institute |
| 1985-1987 | Member, Clinical Planning Committee, Dana-Farber Cancer Institute |
| 1997- | Co-Chair, Hershey Gift for Basic and Clinical Prostate Cancer Research Beth Israel Deaconess Medical Center |

## Memberships, Offices and Committee Assignments in Professional Societies

| | |
|---|---|
| 1979 | American Association for Cancer Research |
| 1979 | American Society of Clinical Oncology |
| 1979-1982 | Member, American College of Physician |
| 1980- | American Federation for Clinical Research |
| 1980- | Guest Member, American Urological Association, New England Section |
| 1982- | Fellow, American College of Physicians |
| 1983- | Affiliate Member, American Urological Association |
| 1985-1993 | Member, New England Cancer Society |
| 1988- | Corresponding Member, Argentinian Urological Association |
| 1988 | Chairman, Nominating Committee, American Society of Clinical Oncology |
| 1988-1994 | Member, American Society of Hematology |
| 1990-1994 | Corporate member, Society for Biological Therapy |
| 1992-1995 | Member, Medical Relations Committee, Pharmaceutical Manufacturer's Association |
| 1992-1994 | Chairperson, Medical Physicians Educational Program Pharmaceutical Manufacturer's Association |
| 1994-1996 | Board of Trustees, American Academy of Pharmaceutical Physicians |
| 1998- | Corresponding Member, European Association of Urology |

| | 1999 | BOARD OF DIRECTORS, GENOME THERAPEUTICS CORP. |

**Editorial Board**

| | 1983-1985 | Editorial Board, Journal of Nutrition, Growth and Cancer |
| | 1985-1988 | Editorial Board, Journal of Clinical Oncology |
| | 1989-1992 | Board of Consultants, Journal of Urology |
| | 1996- | Reviewer, New England Journal of Medicine |
| | 1996- | Reviewer, Annals of Internal Medicine |
| | 1996- | Reviewer, Urology |
| | 1997- | Editorial Board, Molecular Urology |
| | 1997- | Editorial Board, Urologic Oncology Case Management |
| | 1997- | Editorial Board, Harvard Men's Health Watch |

**Research Funding Information**

Past: 1979-1986  **NIH/NCI/Contract Investigator** contract to study new Phase I anti-cancer agents

1982-1984  **Abbott Laboratories PI**
Principal Investigator on Phase I-III Evaluations of Leuprolide Acetate for Prostate Cancer

1985  **NIH/CRC/BWH Investigator**
Collaborator to study effects of radiation on thyroid function of long term cancer survivors

1987  **Biogen Corporation PI**
Principal Investigator on Phase I-III Evaluations of Interferon Gamma for Advanced Renal Cancer

Current: 1997-  **Hershey Gift for Prostate Cancer Research (BIDMC) Co-PI**
Benefaction for study of basic and clinical aspects of prostate cancer

**Principal Clinical and Hospital Service Responsibilities**

| | 1978-1987 | Medical Oncology, Attending Physician, Dana-Farber Cancer Institute (2 months per year) |
| | 1978-1987 | Attending for Medical Oncology Consult Service, Brigham and Women's Hospital (1 month per year) |
| | 1981-1987 | Medical Attending Physician, Ward Service, Brigham and Women's Hospital (1 month per year) |
| | 1985-1987 | Attending for Medical Consult Service, Beth Israel Hospital (1 month per year) |
| | 1987-1996 | Outpatient Attending Responsibilities, Dana-Farber Cancer Institute |
| | 1996- | Outpatient Attending Responsibilities, Beth Israel Deaconess Medical Center |

**Self Report of Teaching**

| | 1978-1987 | **Medical Oncology, Attending Physician, Dana-Farber Cancer Institute** (2 months per year): 2-3 medical students; 2-3 interns; 2 residents; 4-5 fellows; 2 lectures per week; rounds 6 times per week; outpatient attending for medical oncology fellow |

| 1978-1988 | **Attending for Medical Oncology Consult Service, Brigham and Women's Hospital** (1 month per year);  1 fellow, 1 resident |
|---|---|
| 1979-1981 | **Preceptor, Introduction to Clinical Medicine (ICM), Harvard Medical School:**  Preceptor for history and physical examination of general internal medicine patient; 2 students/year; 1 lecture per week |
| 1980-1988 | **Cancer Medicine,** Lecturer on Urologic Cancer, course under direction of DCE, Harvard Medical School |
| 1980-1988 | **Primary Care Medicine Course,** Lecturer on Prostate Cancer, course under direction of DCE, Harvard Medical School (Dr. Branch) |
| 1981-1987 | **Medical Attending Physician, Ward and HCHP Services, Brigham and Women's Hospital** (1 month per year):  2-3 medical students; 2-3 interns; 1 resident; 2-4 lectures per week; rounds 6 times per week |
| 1984-1990 | **Intensive Review of Internal Medicine,** Lecturer on Urologic Cancer, course under direction of DCE, Harvard Medical School |
| 1985-1987 | **Attending for Medical Oncology Consult Service, Beth Israel Hospital** (1 month per year); 1 resident; 1 medical student; 2-3 fellows; 2 lectures/week; rounds 4 times per week |
| 1990-1992 | **Genitourinary Oncology Course,** Lecturer, Massachusetts General Hospital, DCE, HMS |
| 1995- | **Lecturer, Second Year Pathophysiology Course,** Harvard Medical School (Endocrinology related to the management of cancer) |

**Advising Responsibilities**

| 1979-1982 | **Advisor for Health Science and Technology-Harvard Medical School** (HMS-HST), student thesis (anthracycline research) |
|---|---|
| 1983-1985 | **Internship Advisor (for fourth year Harvard Medical Students (1 student/year)** |
| 1983-1985 | **Tutor in Medical Sciences, Harvard Medical School** |
| 1986-1987 | **Advisor for Health Science and Technology-Harvard Medical School** (HMS-HST), student thesis (testis cancer); Presented at Soma Weiss Assembly |

**Leadership Roles**

| 1982-1996 | **Course Founder, Co-Director and Organizer, Urologic Cancer Course,** a biannual course under the auspices of the Department of Continuing Education (DCE), Harvard Medical School |
|---|---|

5

| 1996 | **Course Co-Director, First International Conference on Neoadjuvant Hormonal Therapy for Prostate Cancer** (International CME granting conference, with associated publication) |
|------|------|
| 1997 | **Course Co-Director, Second International Conference on Neoadjuvant Hormonal Therapy for Prostate Cancer** (International CME granting conference, with associated publication) |
| 1998 | **Course Co-Director, Third International Conference on Neoadjuvant Hormonal Therapy for Prostate Cancer** (International CME granting conference, with associated publication) |
| 1999 | **Course Co-Director, Fourth International Conference on Neoadjuvant Hormonal Therapy for Prostate Cancer** (International CME granting conference, with associated publication) |
| 1996-present | **Hershey Family Foundation for Basic and Clinical Prostate Cancer Research, Beth Israel Deaconess Medical Center** (Founder and Originator) |

## Regional, National and International Contributions

### Invited Presentations

| 1980-present | Medical Grand Rounds; on topics of Urologic Oncology, Prostate Cancer and Hematopoietic Growth Factors, at hospitals throughout the United States, Mexico, Canada, and Europe, at 4-8 hospitals per year |
|------|------|
| 1980-present | Oncology Rounds, Tumor Conferences, Regional Symposia, National Symposia, International Congresses, on Urologic oncology, especially prostate cancer, 8-10 presentations per year |
| 1990-1994 | Scientific Symposia and Meet the Professor Sessions of both Regional and National American Society of Clinical Oncology (ASCO) Meetings |
| 1995 | Testicular Cancer Update, American Urological Association CME course National Meeting, Course Faculty |
| 1996 | Update in Prostate Cancer Treatments, a series of 10 regional meetings sponsored by the University of Kentucky CME department, throughout academic centers nationwide |
| 1997-present | Update in Internal Medicine, Harvard Medical School Department of Continuing Education, Beth Israel Deaconess Medical Center Course Faculty |
| 1998-present | International Prostate Cancer Update, Sponsored by Medical Education Collaborative, Course Faculty |
| 1998-present | Lecturer, Testicular Cancer, Beth Israel Deaconess Medical Center |
| 1999 | Ninth International Congress on Anti-Cancer Treatment, Chaired Symposium on Prostate Cancer |

2003-  International Faculty, European Association of Urology, Annual Meeting, Madrid Spain March 2003, on Prostate Cancer

2003  DIRECTOR, HARVARD MEDICAL SCHOOL SPONSORED COURSE. "PROSTATE CANCER FOR INTERNISTS, DEPARTMENT OF CONTINUING OF MEDICAL EDUCATION

## Bibliography

### Original Reports

1.    Bennion LJ, Ginsberg RL, Garnick MB, Bennett PH. Effect of oral contraceptives on the gallbladder bile of normal women. N Engl J Med 1976;294:189-194.

1.    Bennion LJ, Ginsberg RL, Garnick MB, Bennett PH. Effects of the normal menstrual cycle on human gallbladder bile. N Engl J Med 1976;294:1187.

3.    Ginsberg RL, Garnick MB. Effect of phenobarbital on biliary lipid metabolism in normal man. Gastroenterology 1977;72:1221-1227.

4.    Mayer RJ, Garnick MB, Steele GD Jr., Zamcheck N. Carcinoembryonic antigen (CEA) as a monitor of chemotherapy in disseminated colorectal cancer. Cancer l978;42:1428-1433.

5.    Mirel R, Garnick MB. Skin tests, procaine penicillin G and pseudoanaphylaxis. JAMA 1978;240:1751-1752.

6.    Bennion LJ, Drobny E, Knowler WC, Ginsberg RL, Garnick MB, Adler RD, Duane WC. Sex differences in the size of bile acid pools. Metabolism 1978;27:961-969.

7.    Garnick MB, Lokich JJ. Primary malignant melanoma of the rectum: rationale for conservative surgical management. J Surg Oncology 1978;10:529-53l.

8.    Israel M, Pegg WJ, Wilkinson PM, Garnick MB. Liquid chromatographic analysis of adriamycin and metabolites in biological fluids. J Liquid Chromatography 1978;1:795-809.

9.    Israel M, Pegg WJ, Wilkinson PM, Garnick MB. High performance liquid chromatography in the analysis of adriamycin and analogs in biological fluids. In: Hawk GL, ed. Biological-biomedical applications of liquid chromatography. New York: Marcel Dekker, Inc., 1979:413-428.

10.   Garnick MB, Bennett PH, Langer T. Low density lipoprotein metabolism and lipoprotein cholesterol content in Southwestern American Indians. J Lipid Res 1979;20:31-39.

11.   Garnick MB, Canellos GP, Richie JP, Stark JJ. Sequential combination chemotherapy and surgery for disseminated testicular cancer: cis-diamminedichloroplatinum, vinblastine, and bleomycin remission induction followed by cyclophosphamide and adriamycin. Cancer Treat Rep 1979;63:1681-1686.

12.   Blum RH, Garnick MB, Israel M, Canellos GP, Henderson IC, Frei E III. The initial clinical evaluation of N-trifluoroacetyl-adriamycin-14-valerate (AD 32), an adriamycin analog. Cancer Treat Rep 1979;63:919-923.

13.   Garnick MB, Skarin AT, Steele GD Jr. Metastatic carcinoma of the penis: Complete remission following high dose methotrexate chemotherapy. J Urol 1979;122:265-266.

14.    Lokich JJ, Garnick MB, Legg M. Intralesional immune therapy: methanol extraction residue of BCG (MER-BCG) or purified protein derivative (PPD). Oncology 1979;36:236-241.

15.    Garnick MB, Larsen PR. Acute deficiency of thyroxine-binding globulin during L-asparaginase therapy. N Engl J Med 1979;301:252-253.

16.    Garnick MB, Ensminger WD, Israel M. A clinical pharmacological evaluation of hepatic arterial infusion of adriamycin. Cancer Research 1979;39:4105-4110.

17.    Todd RF III, Garnick MB. Prostatic adenocarcinoma, sarcoidosis, and hypercalcemia: an unusual association. J Urol 1980;123:133-134.

18.    Garnick MB, Blum RH, Canellos GP, Mayer RJ, Skarin AT, Henderson IC, Parker LH, Frei E III. Phase I trial of bruceantin. Cancer Treat Rep 1980;63:1929-1932.

19.    Frei E III, Blum RH, Pitman SW, Kirkwood JM, Henderson IC, Skarin AT, Mayer RJ, Bast RC, Garnick MB, Parker LM, Canellos GP. High dose methotrexate with citrovorum factor rescue: rationale and spectrum of antitumor activity. Am J Med 1980;68:370-376.

20.    Garnick MB. Spurious rise in human chorionic gonadotropin induced by marihuana in testis cancer patients. N Engl J Med 1980;303:1177.

21.    Todd RF III, Garnick MB, Canellos GP, Richie JP, Gittes RF, Mayer RJ, Skarin AT. Phase I-II trial of methylglyoxal-bis-guanylhydrazone (Methyl-G) in the treatment of patients with metastatic renal adenocarcinoma. Cancer Treat Rep 1981;65:17-20.

22.    Hermann VM, Garnick MB, Moore FD, Wilmore DW. Effect of combination chemotherapy on protein kinetics in patients with metastatic cancer. Surgery 1981;90:381-387.

23.    Garnick MB. Advanced renal cell cancer. Kidney International 1981;20:127-136.

24.    Weiss GR, Garnick MB. Testicular cancer in a Russell-Silver dwarf. J Urol 1981;126:836-837.

25.    Frei E III, Garnick MB, Ensminger WD, Israel M, Kaplan WD, Come SE. Biochemical pharmacology in medical oncology. Cancer Treat Rep 1981;65 (Supplement 3):21-26.

26.    Richie JP, Garnick MB, Finberg H. Computed tomography: How accurate for abdominal staging of testis tumors? J Urol 1982;127:715-717.

27.    Fram RJ, Garnick MB, Retik A. The spectrum of genitourinary abnormalities in patients with cryptorchidism, with emphasis on testicular carcinoma. Cancer 1982;50:2243-2245.

28.    Waters WB, Garnick MB, Richie JP. Complications of retroperitoneal lymphadenectomy in the management of nonseminomatous testis tumors. Surg Gynecol Obstet 1982;154:501-504.

29.    Richie JP, Birnholz J, Garnick MB. Ultrasonography as a diagnostic adjunct for the evaluation of scrotal masses. Surg Gynecol Obstet 1982;154:695-698.

30.   Hickey WF, Garnick MB, Henderson IC, Dawson DM. Primary cerebral venous thrombosis in patients with cancer - a rarely diagnosed paraneoplastic syndrome. Am J Med 1982;73:740-750.

31.   Todd RF III, Garnick MB, Canellos GP. Phase II trial of combination Methyl-GAG and vinblastine in the treatment of metastatic renal adenocarcinoma. Cancer Treat Rep 1982;66:1585-1586.

32.   Balikian JP, Jochelson MS, Bauer KA, Skarin AT, Garnick MB, Canellos GP, Smith EH. Pulmonary complications of chemotherapy regimens containing bleomycin. AmJRoentg 1982;139:455-461.

33.   Anderson KC, Cohen GI, Garnick MB. Phase II trial of mitoxantrone. Cancer Treat Rep 1982;66:1929-1931.

34.   Li FP, Little JB, Bech-Hansen NT, Paterson MC, Arlett C, Garnick MB, Mayer RJ. Acute leukemia after radiotherapy in a Turcot's Syndrome patient: impaired cultured skin fibroblast colony formation after X-irradiation. Am J Med 1983;74:343-348.

35.   Kaplan MM, Garnick MB, Gelber R, Li FP, Larsen PR, Cassady JR, Sallan SE, Fine WE, Sack MJ. Risk factors for thyroid abnormalities after neck irradiation for childhood cancer. Am J Med 1983;74:272-280.

36.   Garnick MB, Weiss GR, Steele GD Jr., Israel M, Schade D, Sack MJ, Frei E III. Clinical evaluation of long-term, continuous-infusion doxorubicin. Cancer Treat Rep 1983;67:133-142.

37.   Bauer KA, Skarin AT, Balikian JP, Garnick MB, Rosenthal DS, Canellos GP.  Pulmonary complications associated with combination chemotherapy programs containing bleomycin. Am J Med 1983;74:557-563.

38.   Kaplan WD, Garnick MB, Richie JP. Iliopelvic radionuclide lymphoscintigraphy in patients with testicular cancer. Radiology 1983;147:231-235.

39.   Weiss GR, Garnick MB, Osteen RT, Steele GD Jr, Wilson RE, Schade D, Kaplan WD, Boxt LM, Kandarpa K, Mayer RJ, Frei E III. Long-term hepatic arterial infusion of 5-fluorodeoxyuridine for liver metastases using an implantable pump. J Clin Oncol 1983;I:337-344.

40.   Garnick MB, Griffin JD. Idiopathic thrombocytopenia in association with extragonadal germ cell cancer. Ann Intern Med 1983;98:926-27.

41.   Anderson KC, Garnick MB, Meshad MW, Cohen GI, Pegg WJ, Frei E III, Isreal M, Modest E, Canellos GP. Phase I trial of Mitoxantrone By 24 Hour continuous infusion. Cancer Treat Rep 1983;67:435-438.

42.   Richie JP, Garnick MB, Seltzer S, Bettmann MA. Computed tomography scan for diagnosis and staging of renal cell carcinoma. J Urol 1983;129:1114-1116.

43.    Garnick MB, Koerner FC. Case records of the Massachusetts General Hospital. A 32-year old man with testicular enlargement and pulmonary intravascular carcinoma. N Engl J Med 1983;309:477-487.

44.    Garnick MB, Canellos GP, Richie JP. Treatment and surgical staging of testicular and primary extragonadal germ cell cancer. JAMA 1983;250:1733-1741.

45.    Karp GI, von Oeyen P, Valone F, Khetarpal VK, Israel M, Mayer RJ, Frigoletto FD, Garnick MB. Doxorubicin in pregnancy: possible transplacental passage. Cancer Treat Rep 1983;67:773-777.

46.    Lederman GS, Garnick MB, Canellos GP, Richie JP. Chemotherapy of refractory germ cell cancer with Etoposide. J Clin Oncol 1983;1:706-709.

47.    Garnick MB, Schade D, Israel M, Maxwell B, Richie JP. Intravesical Doxorubicin for prophylaxis in the management of recurrent superficial bladder carcinoma. J Urol 1984;131:43-46.

48.    Andriole GL, Bettmann MA, Garnick MB, Richie JP. Indwelling double-J ureteral stents for temporary and permanent urinary drainage: experience with 87 patients. J Urol 1984;131:239-241.

49.    Garnick MB, Young RH. Case Records of the Massachusetts General Hospital. Right orbital mass after treatment for a seminoma. N Engl J Med 1984;310:1446-1455.

50.    Richie JP, Garnick MB. Changing concepts in the treatment of nonseminomatous germ cell tumors of the testis. J Urol 1984;131:1089-1092.

51.    Jochelson MS, Garnick MB, Balikian JP, Richie JP. The efficacy of routine whole lung tomography in germ cell tumors. Cancer 1984;54:1007-1009.

52.    Kaplan WD, Come SE, Takvorian RW, Laffin SM, Gelman RS, Weiss GR, Garnick MB. The clinical significance of pulmonary Tc-99m macroaggregated albumin following radionuclide hepatic artery perfusion. J Clin Oncol 1984;2:1266-1269.

53.    The Leuprolide Study Group (Garnick MB, Glode LM, Writing Committee). Leuprolide versus Diethylstilbestrol for metastatic prostate cancer. N Engl J Med 1984;311:1281-1286.

54.    Garnick MB, Glode LM, Smith JA Jr, Max DT. Leuprolide: its effects in comparison with diethylstilbestrol in the treatment of advanced cancer of the prostate. British Journal of Clinical Practice 1985;39:20-23.

55.    Nichols CR, Hoffman, Einhorn LH, Williams SD, Wheeler LA, Garnick MB. Hematologic malignancies associated with primary mediastinal germ cell tumors. Ann Intern Med 1985;102:603-609.

56.    Rieker PR, Edbril SD, Garnick MB. Curative testis cancer therapy: social and emotional consequences. J Clin Oncol 1985;3:1117-1126.

57.    Friedman EL, Garnick MB, Stomper PC, Mauch PM, Harrington DP, Richie JP. Therapeutic guidelines and results in advanced seminoma. J Clin Oncol 1985;3:1325-1332.

58.    Stomper PC, Jochelson MS, Garnick MB, Richie JP. Residual abdominal masses following chemotherapy for nonseminomatous testicular cancer: CT-histologic correlation. AJR 1985;145:743-746.

59.    Andriole GL, Garnick MB, Richie JP. Unusual behavior of low-grade, low-stage transitional cell carcinoma of the bladder. Urology 1985;25:524-526.

60.    Garnick MB. Leuprolide versus diethylstilbestrol for previously untreated stage D2 prostate cancer. Results of a prospectively randomized trial. Urology 1986;27:21-26.

61.    Stomper PC, Jochelson MS, Friedman EL, Garnick MB, Richie JP. CT evaluation of advanced seminoma treated with chemotherapy. AJR 1986;146:745-748.

62.    Lederman GS, Garnick MB. Possible benefit of doxorubicin treatment in refractory germ cell cancer. Cancer 1986;58:2393-2398.

63.    Glode LM, Smith JA Jr, Leuprolide Study Group. Long-term suppression of luteinizing hormone, follicle-stimulating hormone and testosterone by daily administration of leuprolide. J Urol 1987;137:57-60.

64.    Licht JD, Garnick MB. A Phase II trial of streptozotocin in the treatment of advanced renal cell carcinoma. Cancer Treat Rep 1987;1:97-98.

65.    Lederman GS, Garnick MB. Pulmonary emboli as a complication of germ cell cancer treatment. J Urol 1987;137:1236-1237.

66.    Kalish LA, Garnick MB, Richie JP. A determination of appropriate endpoints in assessing efficacy of intravesical therapies in superficial bladder cancer. J Clin Oncol 1987;5:2004-2008.

67.    Richie JP, Socinski MA, Fung CY, Brodsky GL, Kalish LA, Garnick MB. Management of patients with clinical stage I or stage II nonseminomatous germ cell tumors of the testis. Evolving therapeutic options. Arch Surg  1987;122:1443-1445.

68.    Stomper PC, Fung CY, Socinski MA, Jochelson MS, Garnick MB. Richie JP. Detection of retroperitoneal metastases in early-stage nonseminomatous testicular cancer: analysis of different CT criteria. AJR 1987;149:1187-1190.

69.    Talcott JA, Garnick MB, Stomper PC, Godleski JJ, Richie JP. Cavitary lung nodules associated with combination chemotherapy containing bleomycin. J Urol 1987;138:619-620.

70.    Garnick MB. New advances and directions in testicular cancer. Rev Bras Cancerol 1987;323-329

71. Garnick MB, Reich SD, Maxwell B, Coval-Goldsmith S, Richie JP, Rudnick SA. Phase I/II study of recombinant interferon gamma in advanced renal cell carcinoma. J Urol 1988;139:251-255.
    Reply to correspondence. J Urol 1989;141:140.

72. Socinski MA, Garnick MB. Acute pancreatitis associated with chemotherapy for germ cell tumors in two patients. Ann Intern Med 1988;108:567-568.

73. Stomper PC, Socinski MA, Kaplan WD, Garnick MB. Failure patterns of nonseminomatous testicular germ cell tumors: radiographic analysis of 51 cases. Radiology 1988;167:641-646.

74. Fung CY, Kalish LA, Brodsky GL, Richie JP, Garnick MB. Stage I nonseminomatous germ cell testicular tumor: prediction of metastatic potential by primary histopathology. J Clin Oncol 1988;6:1467-1473.

75. Donahue RE, Seehra J, Metzger M, Lefebvre D, Rock B, Carbone S, Nathan DG, Garnick M, Sehgal PK, Laston D, LaVallie E, McCoy J, Schendel P, Norton C, Turner K, Yang YC, Clark SC. Human IL-3 and GM-CSF act synergistically in stimulating hematopoiesis in primates. Science 1988;241:1820-1823.

76. Rogers LA, Longtine JA, Garnick MB, Pinkus GS. Silicone lymphadenopathy in a long distance runner: complication of a silastic prosthesis. Human Pathology. 1988;19:1237-1239.

77. Socinski MA, Garnick MB, Stomper PA, Fung CA, Richie JP. Stage II nonseminomatous germ cell tumors of the testis: an analysis of treatment options in patients with low-volume retroperitoneal disease. J Urol 1988;140:1437-1441.

78. Garnick MB. The comparative role of prostate-specific antigen and acid phosphatase in metastatic prostate cancer. In: Coffey D, Karr JP, Catalona W, eds. Clinical aspects of prostate cancer: assessment of new diagnostic and management procedures. New York: Elsevier. 1989:220-232.

79. Ulich TR, del Castillo J, Watson LR, Yin S, Garnick MB. In vivo hematologic effects of recombinant human macrophage colony-stimulating factor. Blood 1990;75:846-850.

80. Sharifi R, Soloway M, Correa RJ, Glass AG, Guinan PD, Garnick MB, Glode LM, Smith JA, Stein BS. Clinical study of leuprolide depot formulation in the treatment of advanced prostate cancer. J Urol 1990;143:68-71.

81. Rieker PP, Fitzgerald EM, Kalish LA, Richie JP, Lederman GS, Edbril SD, Garnick MB. Psychosocial factors, curative therapies and behavioral outcomes. A comparison of testis cancer survivors and a control group of healthy men. Cancer 1989;64:2399-2407.

82. Lederman GS, Herman TS, Jochelson M, Silver BJ, Chaffey JT, Garnick MB, Richie J, Sheldon TA, Coleman CN. Radiation therapy of seminoma: 17-year experience at the Joint Center for Radiation Therapy. Radiother Oncol 1989;14:203-208.

83.   Gillio AP, Gasparetto C, Laver J, Abboud M, Bonilla MA, Garnick MB, O'Reilly RJ. Effects of interleukin-3 on hematopoietic recovery after 5-fluorouracil or cyclophosphamide treatment of cynomolgus primates. J Clin Invest 1990;85:1560-1565.

84.   Garnick MB, Stoudemire JB. Preclinical and clinical evaluation of recombinant human macrophage colony stimulating factor (rhM-CSF). International Journal of Cell Cloning 1990;8:356-373.

85.   Munn DH, Garnick MB, Cheung NKV. Effects of parenteral recombinant human macrophage colony-stimulating factor on monocyte number, phenotype and antitumor cytotoxicity in non-human primates. Blood 1990;75:2042-2048.

86.   Johns WD, Garnick MB, Kaplan WD. Leuprolide therapy for prostate cancer. An association with scintigraphic "flare" on bone scan. Clinical Nuclear Medicine 1990;15:485-487.

87.   Stoudemire JB, Garnick MB. Effects of recombinant human macrophage colony-stimulating factor on plasma cholesterol levels. Blood 1991;77:750-755.

88.   Kantoff PW, Kalish LA, McDowell-Bryant P, Canellos GP, Gibbs R, Richie JP, Garnick MB. Long-term followup of 150 patients with testicular cancer treated at a single institution. J Urology 1992;147:82-88.

89.   Garnick MB, Abels R, Rudnick SA. The role of recombinant human erythropoietin in the management of anemia associated with acquired immunodeficiency syndrome. Contrib Nephrol 1991;88:282-294.

90.   Stomper PC, Kalish LA, Garnick MB, Richie JP, Kantoff PW. CT and pathologic predictive features of residual mass histologic findings after chemotherapy for nonseminomatous germ cell tumors: can residual malignancy or teratoma be excluded? Radiology 1991;180:711-714.

91.   Rose RM, Kobzik L, Dushay K, Wolfthal S, Hondalus M, Metzger M, Stoudemire J, Brain JD, Garnick M, O'Donnell C, Donahue RE. The effect of aerosolized recombinant human granulocyte macrophage colony-stimulating factor on lung leukocytes in nonhuman primates. Am Rev Respir Dis 1992;146:1279-1286.

92.   Jakubowski A, Bajorin D, Templeton MA, Chapman P, Cody B, Sherman ML, Garnick MB, Houghton A. Phase I study of continuous infusion recombinant macrophage colony-stimulating factor in patients with metastatic melanoma. Clin Cancer Res 1996;2:295-302.

93.   Tepler I, Elias L, Smith II JW, Hussein M, Rosen G, Chang A Y-C, Moore JO, Gordon MS, Kuca B, Beach KJ, Loewy JW, Garnick MB, Kaye JA. A randomized trial of recombinant human interleukin eleven in cancer patients with a history of severe thrombocytopenia due to chemotherapy. Blood 1996;87:3607-3614.

94.   Olumi A, Garnick MB, Benson, C, Renshaw, A, Richie, JP. Leydig cell hyperplasia mimicking testicular neoplasm. Urology 1996;48:647-649.

95.    Crawford, ED, Bennett CL, Stone NN, Knight SJ, DeAntoni E, Sharp L, Garnick MB, Porterfield HA.  Comparison of Perspectives on Prostate Cancer:  Analyses of Survey Data.  Urology 1997, 50:366-372.

96.    Garnick MB, Ferry J.  Case Records of the Massachusetts General Hospital.  Hematologic abnormalities in a 23 year old man with extragonadal germ cell cancer. N Engl J Med (1997, December 25)

97.    Molineaux, CJ., Sluss, PM., Bree, MP., Gefter, ML., Sullivan, LM., Garnick, MB. Suppression of Plasma Gonadotropins by Abarelix, A Potent New LHRH Antagonist. Molecular Urology 1998, 2;3, 265-268.

98.    Garnick, MB., and Fair., WR.  Combating Prostate Cancer.  Scientific American December 1998, 75-83.

99.    Garnick, MB, and Campion, M.  Abarelix Depot, a GnRH Antagonist, v. LHRH Superagonists in Prostate Cancer: Differential Effects on Follicle-Stimulating Hormone. Molecular Urology 2000, Vol. 4, Number 3; 275:277.

100.   Tomera, K; Gleason, D; Gittelman, M; Moseley, W; Zinner, N; Murdoch, M; Menon, M; Campion, M; and Garnick, MB.  The gonadotropin-releasing hormone antagonist Abarelix depot versus luteinizing hormone releasing hormone agonists leuprolide or goserelin: Initial results of endocrinological and biochemical efficacies in patients with prostate cancer. J Urol 2001;165:1585-1589.

101.   McLeod D, Zinner N, Tomera K, Gleason D, Fotheringham N, Campion M, and Garnick, MB.  A phase 3, multicenter, open-label, randomized study of Abarelix versus leuprolide acetate in men with prostate cancer.  Urology 2001;58:756-761.

102.   Trachtenberg J, Gittleman M, Steidle C, Barzell W, Friedel W, Pessis D, Fotheringham N, Campion M, and Garnick MB.  A phase 3, multicenter, open-label, randomized study of Abarelix versus leuprolide plus daily antiandrogen in men with prostate cancer.  J Urol 2002;167:1670-1674.

103.   Garnick MB.  Cancer.  World Book Encyclopedia, World Book Publications. 2003

104.   Garnick MB. Screening for prostate cancer.  PIER module for the American College of Physicians accessed through www.acponline.org.  2004

105.   Koch M, Steidle C, Brosman S, Centeno A, Gaylis F, CampionM, Garnick MB.  An open label study of abarelix in men with symptomatic prostate cancer at risk of treatment with LHRH agonists.  Urology 2003; 62:877-882

106.   Wong SL,  Lau DTW,  Baughman SA, Menchaca D,  Garnick MB.  Pharmacokinetics and pharmacodynamics of abarelix, a gonadotropin-releasing hormone antagonist, after subcutaneous continuous infusion in patients with prostate cancer.  Clin Pharmacol Ther 2003;73:304-11.

107.   Wong SL,  Lau DTW,  Baughman SA, Fotheringham N, Menchaca D,  Garnick MB. Pharmacokinetics and pharmacodynamics of a novel depot formulation of abarelix, a

gonadotropin-releasing hormone (GnRH) antagonist, in healthy men ages 50-75.  J Clin Pharmacol 2004;44:495-502.

## Proceedings of Meetings

1. Garnick MB, Rieselbach RE. Renal complications of cancer therapy. In: Proceedings, 8th International Congress of Nephrology: advances in basic and clinical nephrology. Thessaloniki, Greece: University Studio, 1981:1192-1198.

2. Frei E III, Friedell G, Garnick MB, Howe AE, Ingelfinger J, Moskowitz PS, Rieselbach RE, Soloway M, Woolley P. (Genitourinary Workshop). Summary and prospective statement concerning the genitourinary workshop. Cancer Clin Trials Supplement 1981;4:24-29.

3. Garnick MB, Griffin JD, Sack MJ, Blum RH, Israel M, Frei E III. Phase II evaluation of N-trifluoroacetyladriamycin-14-valerate (AD 32). In: Muggia FM, Young CW, Carter SK, eds. Anthracycline antibiotics in cancer therapy. Proceedings of the International Symposium on anthracycline antibiotics in cancer therapy, New York, New York, 16-18 September 1981. The Hague: Martinus Nijhoff, 1982:541-548.

4. Garnick MB, Maxwell B, Gibbs RS, Richie JP. Intravesical doxorubicin for prophylaxis in the management of superficial bladder carcinoma - an update. In: Howell SB, ed. Intra-arterial and intracavitary chemotherapy 1984. Proceedings of the University of California, San Diego Cancer Center conference on intra-arterial and intracavitary chemotherapy, February 24-25, 1984. Boston: Martinus Nijhoff, 1984:211-217.

5. Garnick MB for the Leuprolide Study Group. Long-term efficacy of the GnRH analogue, Leuprolide (Lupron) in metastatic prostate cancer. In: Ishigami J, ed. Recent advances in chemotherapy. Anticancer Section 2. Proceedings of the 14th International Congress of Chemotherapy, Kyoto, Japan, 1985. Tokyo: University of Tokyo Press, 1985.

6. Garnick MB. Leuprolide versus diethylstilbestrol for previously untreated stage D2 prostate cancer - results of a prospectively randomized trial: an update. In: Garnick MB, ed. New hormonal treatments for prostate cancer: current status and new developments with emphasis on the LHRH analogues. Proceedings of a workshop held at the 14th International Congress of Chemotherapy, Kyoto, 1985. Tokyo: University of Tokyo Press, 1986.

7. Garnick MB, ed. New hormonal treatments for prostate cancer: current status and new developments with emphasis on the LHRH analogues. Proceedings of a workshop held at the 14th International Congress of Chemotherapy, Kyoto, Japan, 1985. Tokyo: University of Tokyo Press, 1986.

8. Swanson LJ, Garnick, MB. Leuprolide versus diethylstilbestrol for metastatic prostate cancer. In: Klijn JGM, Paridaens R, Foekens JA, eds. hormonal manipulation of cancer: peptides, growth factors and new (anti) steroidal agents. Monograph Series of the European Organization for Research on Treatment of Cancer. Volume 18. New York: Raven Press, 1987:301-308.

9. Tondini C, Garnick MB. Chemotherapy for extragonadal and poor-prognosis germ cell cancers: the Dana-Farber Cancer Institute approach. In: Johnson DA, Logothetis C, von

Eschenbach AC, ed. Systemic therapy for genitourinary cancers. Chicago: Yearbook Medical Publishers, 1989:370-379.

10.  Garnick MB, Swanson LJ, Max DT for the Leuprolide Study Group.  Leuprolide versus diethylstilbestrol for metastatic prostate cancer: a multicenter study. In: Johnson DA, Logothetis C, von Eschenbach AC, eds. Systemic therapy for genitourinary cancers. Chicago: Yearbook Medical Publishers, 1989:179-188.

11.  Soloway MS, Murphy WM, Johnson DE, Farrow GM, Paulson DF, Garnick MB. Summary of a workshop on initial evaluation and response criteria for patients with superficial bladder cancer. Br J Urol 1990;66:380-385.

12.  Stoudemire JB, Garnick MB. In Vivo Evaluations of Recombinant Human Macrophage Colony Stimulating Factor (rhM-CSF). In: Freund, Link, Welte, eds. Proceedings of the First International Symposium on Cytokines in Hematopoiesis, Oncology, and AIDS, June 14-17, 1989, Hannover, Federal Republic of Germany. Berlin: Springer-Verlag, 1990:459-468.

13.  Soloway MS, Murphy WM, Johnson DE, Farrow GM, Paulson DF, Garnick MB. Initial evaluation and response criteria for patients with superficial bladder cancer. Report of a workshop. Br J Urol 1990;66:380-385.

14.  Garnick MB, Fair WR.  First international conference on neoadjuvant hormonal therapy of prostate cancer:  overview consensus statement.  Urology 1997;49(suppl3A):1-4.

15.  Garnick MB.  Hormonal therapy in the management of prostate cancer: From Huggins to the present.  Urology 1997;49(Suppl 3A):5-15.

16   Garnick MB, Fair WR.  Third International Conference on Neoadjuvant Hormonal Therapy of Prostate Cancer March 13-14, 1998.  Molecular Urology 1998; 2; 3.

17.  Garnick MB, Fair WR.  Fourth International Conference on Neoadjuvant Hormonal Therapy of Prostate Cancer: Overview of Consensus Statement. Molecular Urology 1999; 3; 3:171-174.

## Reviews and Educationally Relevant Publications

**Reviews**

1.  Garnick MB, Mayer RJ. Acute renal failure associated with neoplastic disease and its treatment. Seminars in Oncology 1978;5:155-165.

2.  Garnick MB, Garnick BK. Policy statement on the Saccharin Study and Labeling Act. Boston Herald American July 9, 1980;A9.

3.  Garnick MB, Mayer RJ. Management of acute renal failure associated with neoplastic disease. Oncologic Emergencies 1981;247-271.

4.  Griffin JD, Garnick MB. Eye toxicity of cancer chemotherapy: a review of the literature. Cancer 1981;48:1539-1549.

5.  Robert N, Garnick MB, Frei E III. Cancers of unknown origin: current approaches and future perspectives. Seminars in Oncology 1982;9:526-531.

6.  Anonymous. Estramustine for prostate cancer. Med Lett Drugs Ther 1982;24:74.

7.  Anonymous. Etoposide (VP-16-213 VePesid-Bristol) Med Lett Drugs Ther 1984;26:48-49.

8.  Goldberg I, Garnick MB, Bloomer WB. Urinary tract toxic effects of cancer therapy. J Urol 1984;132:1-6.

9.  Garnick MB. An implanted infusion pump for chemotherapy of liver metastases. Med Lett Drug Ther 1984;26:89-90.

10. Garnick MB. Novel endocrine approaches in the management of prostate cancer and Intravesical therapies in the management of superficial bladder cancer. Mediguide to Oncology 1985;5:1-9.

11. Garnick MB, Glode LM, Smith JA Jr, Max DT. Leuprolide: a review of it s effects in comparison with diethylstilboestrol in the treatment of advanced cancer of the prostate. Br J Clin Pract Symp Suppl 1985;37:8-12.

12. Anonymous. Leuprolide for prostate cancer. Med Lett Drug Ther 1985;27:71-72.

13. Garnick MB. Prostate carcinoma: an Internist's view. Medical Times 1985;113:40-46.

14. Garnick MB. Prostate carcinoma: an Internist's view. Resident and Staff Physician 1985;3PC-7PC.

15. Anonymous. Interferon for treatment of cancer. Med Let Drug Ther 1986.

16. Garnick MB. The current status of endocrine therapy for prostate cancer. Oncology 1987;1:19-25.

17. Anonymous. Interleukin-2. Med Let Drug Ther 1987;29:88-89.

18.     Anonymous. Mitoxantrone. Med Let Drug Ther 1988.

19.     Swanson LJ, Seely JH, Garnick MB. Gonadotropin releasing hormone analogs and prostatic cancer. CRC Critical Reviews in Oncology/Hematology 1988;8:1-26.

20.     Fung CY, Garnick MB. Clinical stage I carcinoma of the testis. J Clin Oncol 1988;6:734-750.

21.     Anonymous. Flutamide. Med Let Drug Ther 1989;31:72.

22.     Garnick MB. Testicular Cancer. Seminars in Surgical Oncology 1989;5:221-226.

23.     Anonymous. Carboplatin. Med Let Drug Ther 1989;31:83-84.

24.     Anonymous. Ifosfamide and mesna. Med Let Drug Ther 1989;31:98-99.

25.     Anonymous. Levamisol with Fluorouracil for Colon Cancer. Med Let Drug Ther 1989; 31:89-90.

26.     Anonymous. Goserelin. Med Let Drug Ther 1990;32:102.

27.     Anonymous. Interleukin-2. Med Let Drug Ther 1990; 32:85-86.

28.     Raghavan D, Shipley WU, Garnick MB, Russell PJ, Richie JP. Medical progress: biology and management of bladder cancer. N Engl J Med 1990;322:1129-1138.
            Reply to correspondence. N Engl J Med 1991;324:126.

29.     Anonymous. Idarubicin HCL (Idamycin). Med Let Drug Ther 1991; 33: 83-85.

30.     Anonymous. Granulocyte stimulating factors. Med Let Drug Ther 1991; 33:61-63.

31.     Garnick MB.  Prostate cancer: screening, diagnosis and management. Ann Intern Med. 1993;118:804-818.
            Reply to correspondence. Ann Int Med 1993;119:1054-1055.

32.     Garnick MB.  The dilemmas of prostate cancer. Scientific American 1994;270:52-59.
            Reply to correspondence. Scientific American 1994; Aug. p 9.

33.     Calciano R, Chodak GW, Garnick MB, Kuban DA, Resnick, MI.  The prostate cancer conundrum.  Patient Care 1995; 29: 84-104.

34.     Calciano R, Chodak GW, Garnick MB, Kuban DA, Resnick, MI.  Getting the most out of PSA testing.  Patient Care 1995; 29: 104-109.

35.     Garnick MB, Fair, WR.  Prostate Cancer - Emerging Concepts. Part I.  Ann Intern Med
**      1996;125:118-125.

36.     Garnick MB, Fair, WR.  Prostate Cancer - Emerging Concepts. Part II.  Ann Intern Med 1996;125:205-212.
            Reply to correspondence:  Ann Intern Med

37.    Anonymous. Neoadjuvant hormonal therapy with flutamide for prostate cancer. (MedLettDrgTher 1997, in press).

38.    Garnick MB. Prostate cancer. In World Book Encyclopedia. Chicago: World Book Publishing. 1997.

39.    Garnick MB. Medicine. In World Book Encyclopedia. Chicago: World Book Publishing. 1998.

40. Anonymous. Nilutamide for prostate cancer. ( Med Lett Drug Ther 1997,

41. Garnick MB. Prostate Cancer, in World Book Encyclopedia. Chicago: World Book Publishing, 2001

42. Garnick, MB Cancer, in World Book Encyclopedia. Chicago, World Book Publishing. (in press)

## Chapters in Books

1.    Blum RH, Garnick MB, Israel M, Canellos GP, Henderson IC, Frei E III. Preclinical rationale and phase I clinical trials of an adriamycin analog, AD 32. In: Carter SK, Sakurai Y, Umezawa H, eds. Recent results in cancer research, new drugs in cancer chemotherapy. New York: Springer Verlag, 1981:7-15.

2.    Goslin RH, Garnick MB. Metoclopramide as an antiemetic in patients receiving Cisplatin. In: Poster DS, Penta JS, Bruno S, eds. Treatment of cancer chemotherapy-induced nausea
and vomiting. New York: Masson, 1981:159-165.

3.    Dowd JB, Scully RE, Weber ET, Garnick MB. Cancer of the testicle. In: Cancer: a manual for practitioners. 6th ed. Boston: American Cancer Society Massachusetts Division, Inc., 1982:251-259.

4.    Garnick MB, Prout GR Jr, Canellos GP. Germinal tumors of the testis. In: Holland JF, Frei E III, eds. Cancer Medicine. 2nd edition. Philadelphia: Lea and Febiger, 1982:1937-1956.

5.    Garnick MB, Prout GR Jr, Canellos GP. Cancer of the prostate. In: Holland JF, Frei III, eds. Cancer Medicine. 2nd edition. Philadelphia: Lea and Febiger, 1982:1912-1934.

6.    Prout GR Jr, Garnick MB, Canellos GP. The bladder. In: Holland JF, Frei E III, eds. Cancer Medicine. 2nd edition. Philadelphia: Lea and Febiger, 1982:1896-1912.

7.    Prout GR Jr, Garnick MB. The kidney and ureter. In: Holland JF, Frei E III, eds. Cancer Medicine. 2nddedition. Philadelphia: Lea and Febiger, 1982:1880-1896.

8.    Prout GR Jr, Garnick MB. Carcinoma of the penis. In: Holland JF, Frei E III, eds. Cancer Medicine. 2nddedition. Philadelphia: Lea and Febiger, 1982:1934-1937.

9.    Richie JR, Garnick MB. Primary renal and ureteral cancer. In: Rieselbach RE, Garnick MB, eds. Cancer and the Kidney. Philadelphia: Lea and Febiger, 1982:662-706.

10.    Boxer RJ, Garnick MB, Anderson T. Extrarenal cancer of the genitourinary tract. In: Rieselbach RE, Garnick MB, eds. Cancer and the Kidney. Philadelphia: Lea and Febiger, 1982:718-741.

11.    Abelson HT, Garnick MB. Cancer chemotherapy induced renal failure. In: Rieselbach RE, Garnick MB, eds. Cancer and the Kidney. Philadelphia: Lea and Febiger, 1982:769-813.

12.    Garnick MB, Abelson HT, Mayer RJ. Acute renal failure associated with cancer treatment. In: Brenner BM, Lazarus JM, eds. Acute Renal Failure. Philadelphia: W.B. Saunders Co., 1983:527-554.

13.    Garnick MB. Management of advanced prostate cancer. In: Garnick MB, Richie JP, eds. Urologic Cancer. A Multidisciplinary Perspective. New York: Plenum Publishing, 1983:31-38.

14.    Garnick MB, Richie JP. Renal cell carcinoma - diagnostic workup and natural history. In: Garnick MB, Richie JP, eds. Urologic Cancer. A Multidisciplinary Perspective. New York: Plenum Publishing, 1983:41-50.

15.    Garnick MB, Richie JP. Cancers of the renal pelvis and ureter. In: Garnick MB, Richie JP, eds. Urologic Cancer. A Multidisciplinary Perspective. New York: Plenum Publishing, 1983:69-74.

16.    Garnick MB. Intravesical chemotherapy for superficial bladder carcinoma. In: Garnick MB, Richie JP, eds. Urologic Cancer. A Multidisciplinary Perspective. New York: Plenum Publishing, 1983:101-108.

17.    Garnick MB. Assessment of renal function II - cancer chemotherapy induced nephrotoxicity. In: Garnick MB, Richie JP, eds. Urologic Cancer. A Multidisciplinary Perspective. New York: Plenum Publishing, 1983:183-196.

18.    Garnick MB. Chemotherapy of penile cancer. In: Garnick MB, Richie JP, eds. Urologic Cancer. A Multidisciplinary Perspective. New York: Plenum Publishing, 1983:255-256.

19.    Rieselbach RE, Garnick MB. Renal complications of cancer. In: Glassock RJ, ed. Current Therapy in Nephrology and Hypertension. Philadelphia: B.C. Decker, Inc., 1984:186-192.

20.    Garnick MB, Rieselbach RE. Renal complications of cancer. In: Carbone PP, Brain M, eds. Current Therapy in Hematology/Oncology. Philadelphia: B.C. Decker, Inc., 1985:249-254.

21.    Garnick MB. Urologic cancer. In: Rubenstein E, Federman DD, eds. Scientific American Medicine. Section 12. Volume IX. New York: Scientific American, 1985:1-17.

22.    Garnick MB. Gynecologic cancer. In: Rubenstein E, Federman DD, eds. Scientific American Medicine. Section 12. Volume X. New York: Scientific American, 1986:1-8.

23.    Richie JP, Garnick MB. Tumors of the urinary tract. In: Nealon TF, ed. Management of the Patient with Cancer. 3rd edition. Philadelphia: W.B. Saunders Co., 1986:432-453.

24.  Garnick MB, Richie JP. Renal neoplasia. In: Brenner BM, Rector FC, Jr., eds. The Kidney. 3rd edition. Philadelphia: Ardmore Medical Books, 1986, II:1533-1550.

25.  Robert NJ, Garnick MB, Frei E III. Undifferentiated neoplasms and cancers of unknown primary: a clinicopathological perspective. In: Fer MF, Greco FA, Oldham RK, eds. Poorly Differentiated Neoplasms and Tumors of Unknown Origin. Orlando: Grune & Stratton, Inc., 1986:541-554.

26.  Sherman ML, Garnick MB. Adenocarcinoma of unknown origin: evaluation and therapy. In: Fer MF, Greco FA, Oldham RK, eds. Poorly Differentiated Neoplasms and Tumors of Unknown Origin. Orlando: Grune & Stratton, Inc., 1986:121-152.

27.  Mayer RJ, Garnick MB. Cancer of the stomach and small intestine. In: Holleb AI, ed. The American Cancer Society Book. New York: Doubleday & Co., I986:548-554.

28.  Mayer RJ, Garnick MB. Liver cancer. In: Holleb AI, ed. The American Cancer Society Book. New York: Doubleday & Co., I986:395-400.

29.  Garnick MB, Scully RE, Weber ET, Krane RJ. Cancer of the testis. In: Cancer: A Manual for Practitioners. 7th edition. Boston: American Cancer Society, Massachusetts Division, Inc., 1986:268-277.

30.  Garnick MB. Testicular cancer. In: Braunwald E, Isselbacher KJ, Petersdorf RG, Wilson JD, Martin JB, Fauci AS, eds. Harrison's Principles of Internal Medicine. 11th edition. New York: McGraw-Hill Book Company, 1987:1578-1581.

31.  Garnick MB, Brenner BM. Tumors of the urinary tract. In: Braunwald E, Isselbacher KJ, Petersdorf RG, Wilson JB, Fauci AS, eds. Harrison's Principles of Internal Medicine. 11th edition. New York: McGraw-Hill Book Company, 1987:1218-1221.

32.  Friedman EL, Garnick MB.  Extragonadal germ cell tumors: new therapeutic approaches. In: Muggia FM, ed.  Concepts, Clinical Developments, and Therapeutic Advances in Cancer Chemotherapy.  Boston: Martinus Nijhoff Publishers, 1987:103-128.

33.  Garnick MB, Lipton A, Harvey A, Max DT, Smith JA, Glode LM.  LHRH Trials with leuprolide In: Vickery BH, Nestor JJ Jr, eds.  LHRH and its Analogs.  Contraceptive and Therapeutic Applications. Part 2. Boston: MTP Press Limited, 1987:384-395.

34.  Garnick MB, Rieselbach RE.  Renal complications of cancer.  In: Bayless TM, Brain MC, Cherniack RM, eds. Current Therapy in Internal Medicine - 2. Toronto: B.C. Decker Inc., 1987:427-432.

35.  Rieselbach RE, Garnick MB.  Renal diseases induced by antineoplastic agents. In: Schrier RW, Gottschalk CW, eds.  Diseases of the Kidney. 4th edition. Volume 2. Boston: Little Brown and Company, 1988:1275-1299.

36.  Garnick MB, Swanson LJ, Max DT. A randomized prospective evaluation of leuprolide versus diethylstilbestrol in the treatment of stage D2 metastatic prostate cancer: results of a multicenter study. In: Coffey DS, Resnick MI, Dorr FA, Karr JP, eds. A multidisciplinary analysis of controversies in the management of prostate cancer. New York: Plenum Publishing, 1988:233-243.

37.     Resnick MI, Bagshaw MA, Dorr FA, Garnick MB, Horton J, Prout GR Jr, Scardino PT, Stamey TA. Response/Progression Criteria for Evaluating Prostate Cancer. In: Coffey DS, Resnick MI, Dorr FA, Karr JP, eds. A multidisciplinary analysis of controversies in the management of prostate cancer. New York: Plenum Publishing, 1988:299-308.

38.     Garnick MB, Richie JP.  Primary neoplasms of the kidney and renal pelvis.  In: Schrier RW, Gottschalk CW, eds.  Diseases of the Kidney. 4th edition.  Volume 1.  Boston: Little Brown and Company.  1988:863-892.

39.     Young D, Garnick MB.  Chemotherapy in bladder cancer: the North American experience. In: Raghavan D, ed.  The Management of Bladder Cancer.  London: Edward Arnold, 1988:245-263.

40.     Garnick MB, Mayer RJ, Abelson HT.  Acute renal failure associated with cancer treatment. In: Brenner BM, Lazarus JM, eds.  Acute Renal Failure. 2nd edition. Philadelphia: W.B. Saunders, 1988:621-657.

41.     Brodsky GL, Garnick MB.  Renal tumors in the adult patient.  In: Tisher CC, Brenner BM, eds. Renal Pathology with Clinical and Functional Correlations. Volume II. Philadelphia: J.B. Lippincott, 1989:1467-1504.

42.     Weber B, Garnick MB, Rieselbach RE.  Nephropathies due to antineoplastic agents.  In: Massry SG, Glassock RJ, eds. Textbook of Nephrology, 2nd edition. Volume 1. Baltimore: Williams & Wilkins, 1989:818-822.

43.     Garnick MB.  Management of metastatic carcinoma of the prostate - treatment options and controversies. In: Paulson DF, ed. Prostatic Disorders. Philadelphia: Lea & Febiger, 1989:354-367.

44.     Garnick MB, O'Reilly RJ.  Clinical promise of new hematopoietic growth factors: M-CSF, IL-3, IL-6. In: Golde DW, ed. Hematology/Oncology Clinics of North America. Volume 3. Philadelphia: W.B. Saunders, 1989:495-509.

45.     Garnick MB, Krane RJ, Scully RE, Weber ET.  Cancer of the testis.  In: Osteen RT, ed. Cancer: A Manual for Practitioners, 8th edition.  Boston: American Cancer Society Massachusetts Division, Inc. 1990: 304-314.

46.     Garnick MB.  Testicular cancer.  In: Braunwald E, Isselbacher KJ, Petersdorf RG, Wilson JD, Martin JB, Fauci AS, eds.  Harrison's Principles of Internal Medicine. 12th edition. New York: McGraw-Hill Book Company.  1991:1625-1629.

47.     Garnick MB, Brenner BM.  Tumors of the urinary tract.  In: Braunwald E, Isselbacher KJ, Petersdorf RG, Wilson JD, Martin JB, Fauci AS, eds.  Harrison's Principles of Internal Medicine. 12th edition.  New York: McGraw-Hill Book Company. 1991:1625-1629.

48.     Garnick MB.  Cancer of the genitourinary tract.  In: Skarin AT, ed.  Atlas of Diagnostic Oncology.  Philadelphia:  J.B. Lippincott.  1991:4.2-4.41.

49.     Garnick MB. Hematopoietic growth factors.  In: Perry MC, ed.  The Chemotherapy Source Book.  Baltimore: Williams and Wilkins, 1992:96-109.

50.    Crosier PS, Garnick MB, Clark SC.  In: Aggarwal BB, Gutterman JU, eds.  Human Cytokines: Handbook for Basic and Clinical Research.  Cambridge: Blackwell Scientific Publications, 1992:238-252.

51.    Garnick MB, Abels R, Rudnick SA.  The role of recombinant human erythropoietin in the management of anemia associated with acquired immunodeficiency syndrome.  In: Gurland HJ, Moran J, Samtleben W, Scigalla P, Wieczorek L., eds.  Erythropoietin in Renal and Non-Renal Anemias.  Update on Basic Research and Clinical Applications. Contributions to Nephrology.  Volume 88.  Proceedings of the 3rd International Workshop on Treatment of Anemia with Recombinant Human Erythropoietin, Telfs-Buchen, June 7-10, 1990. Basel: Karger, 1991:282-292.

52.    Garnick MB.  Urologic complications.  In: Holland JF, Frei E III, Bast RC Jr, Kufe DW, Morton DL, Weichselbaum RR, eds. Cancer Medicine. 3rd edition. Philadelphia: Lea and Febiger. 1993:2323-2331.

53.    VandePol CJ, Garnick MB.  Clinical applications of recombinant macrophage-colony stimulating factor (rhM-CSF).  In: Herrmann F, Mertelsmann R, eds.  Biotechnology Therapeutics.  Special Issue on Growth Factors. Volume 2, Numbers 3 and 4. New York: Marcel Dekker, Inc., 1991:231-239.

54.    Garnick MB, Richie JP.  Renal neoplasia.  In: Brenner BM, Rector FC, Jr., eds.  The Kidney. 4th edition.  Philadelphia: W.B. Saunders. 1991:1809-1827.

55.    Garnick MB.  Superficial bladder carcinoma.  In: Waxman J, Williams G, eds. Urological Cancer: A Consensus.  Edward Arnold (In press).

56.    Garnick MB, Hayes DF.  Oncology (Case Study). In: Braunwald E, Rose BD, eds. Intensive Review of Internal Medicine. 4th edition. Boston: The Nimrod Press, 1993:561-572.

57.    Rieselbach RE, Garnick MB. Renal diseases induced by antineoplastic agents. In:  Schrier RW, Gottschalk CW, eds. Diseases of the Kidney. 5th edition. Boston: Little, Brown and Company, 1993:1165-1186.

58.    Garnick MB, Richie JP. Primary neoplasms of the kidney and renal pelvis. In:  Schrier RW, Gottschalk CW, eds. Diseases of the Kidney. 5th edition. Boston: Little, Brown and Company, 1993:785-809.

59.    Garnick MB. Testicular cancer and other trophoblastic diseases. In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL, eds. Harrison's Principles of Internal Medicine. 13th edition. New York: McGraw-Hill Book Company. 1994:1858-1862.

60.    Garnick MB, Brenner BM. Tumors of the urinary tract. In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL, eds.  Harrison's Principles of Internal Medicine. 13th edition. New York: McGraw-Hill Book Company. 1994:1336-1339.

61.    Brodsky GL, Garnick MB.  Renal tumors in the adult patient. In: Tisher CC, Brenner BM, eds. Renal Pathology with Clinical and Functional Correlations. 2nd edition. Philadelphia: J.B. Lippincott. 1994:1540-1577.

62.    Garnick MB. Renal and urologic complications of cancer and its treatment. In: Greenberg A, ed. NKF Nephrology Primer. San Diego: Academic Press, Inc. 1994:222-226.

63.    Garnick MB. Renal and metabolic complications. In: Kirkwood JM, Lotze MT, Yasko JM, eds. Current Cancer Therapeutics. Philadelphia: Current Medicine. 1994:264-271.

64.    Sherman ML, Stein EA, Isaacsohn J, Lees RS, Garnick MB. Role of recombinant human macrophage colony-stimulating factor (rhM-CSF) in cholesterol metabolism and atherosclerosis. In Woodford FP, Davignon J, and Sniderman A, eds. Atherosclerosis X. Elsevier Science B.V. 598-602, 1995.

65.    Garnick MB, Richie JP. Renal neoplasia. In: Brenner BM, Rector FC Jr, eds. The Kidney. 5th edition. Orlando: WB Saunders Company, 1996;pp. 1959-1977.

66.    McDougal WS, Garnick MB. Clinical signs and symptoms of renal cell carcinoma. In Comprehensive textbook of genitourinary oncology. Vogelzang NJ, Scardino PT, Shipley WU, Coffey DS, editors. Williams and Wilkins, Baltimore. 1996: Chapter 9 154-159.

67.    Shapiro CL, Garnick MB, Kantoff PW. Tumors of the Kidney, Ureter, and Bladder. In Cecil's Textbook of Medicine, 20th Edition. Bennett, CJ and Plum, F. eds. WB Saunders Company . 1996;pp 623-626.

68.    Garnick MB, Krane RJ, Scully RE, Weber ET. Cancer of the testis. In: Osteen RT, ed. Cancer: A Manual for Practitioners, 9th edition. Boston: American Cancer Society Massachusetts Division, Inc. 1997 (in press).

69.    Garnick MB. Prostate cancer. In: Dale D, Federman DD, eds. Scientific American Medicine. New York: Scientific American, 1995: IXA: 1-11.

70.    Garnick, MB. Gynecologic Cancer. In: Dale D, Federman DD, eds. Scientific American Medicine. New York: Scientific American, 1995: X: 1-14.

71.    Garnick, MB. Renal and Urologic Complications of Cancer and Its Treatment. In Greenberg, A, ed. Primer on Kidney Diseases. San Diego: Academic Press and National Kidney Foundation 1994: 222-226.

72.    Garnick MB, Richie JP. Primary neoplasms of the kidney and renal pelvis. In: Schrier RW, Gottschalk CW, eds. Diseases of the Kidney. 6th edition. Boston: Little, Brown and Company, 1995 (In Press).

73.    Rieselbach RE, and Garnick, M. Nephropathies caused by antineoplastic agents. In: Massry SG, Glassock RJ, eds. Textbook of Nephrology, 3rd edition. Volume 1. Baltimore: Williams & Wilkins, 1995:935-940.

74.    Garnick, MB. Renal and Urologic Complications of Cancer and Its Treatment. In Greenberg, A, ed. Primer on Kidney Diseases. San Diego: Academic Press and National Kidney Foundation (In press, 1996).

75.    Garnick, MB. Bladder, renal and testicular cancer. In: Dale D, Federman DD, eds. Scientific American Medicine. New York: Scientific American, 1995: IXB: 1-12.

76.    Garnick MB et al.  Observation (for Early Stage Prostate Cancer) in Guide to Prostate
       Cancer.  Kantoff P, Wishnow K, and Loughlin K, eds.  Blackwell Science, Inc. Cambridge
       Mass. 1996, 72-97.

77.    Corliss C, Kantoff P,  Garnick MB.  Cancer of the genitourinary tract.
       In: Skarin AT, ed. Atlas of Diagnostic Oncology. (2nd ed)  Philadelphia: Mosby-Wolfe.
       1996 (in press)

78.    Herman, ML, Garnick MB . Hematopoietic growth factors.  In: Perry MC, ed.
       The Chemotherapy Source Book. (2nd ed.)  Baltimore: Williams and Wilkins, 1996, pp.
       141-154.

79.    Garnick MB, Richie JP. Primary neoplasms of the kidney and renal pelvis. In:  Schrier RW,
       Gottschalk CW, eds. Diseases of the Kidney. 6th edition. Boston: Little, Brown and
       Company, 1996.

80.    Garnick MB.  Primary neoplasms of the kidney.  In Brenner B, Brady HR, and Wilcox CS.
       Therapy in nephrology and hypertension.  Orlando.  WB Saunders Co. 1997.

81.    Stoudemire JB, Garnick MB. The clinical promise of recombinant human macrophage
       colony stimulating factor (rhM-CSF). In: Peters WP, ed. Hematopoietic Growth Factors
       New York: Futura Press, 1997.

82.    Schaub RG, Sypek JP, Keith JC, Munn DH, Sherman ML, Dorner AJ, Garnick MB.
       Macrophage Colony Stimulating Factor. International Handbook of Immunopharmacology:
       Cytokines. 1997.

83.    Garnick, MB.  Renal and urologic complications of cancer and its treatment.  In
       Greenburg, A., ed. Primer on Kidney Diseases (2nd ed) Academic Press, 1996.

84.    Garnick, MB.  Medicine. World Book Encyclopedia. Volume 13; 363-379.World Book
       Publishing, Chicago, 1999.

85.    Garnick MB. Respirator. World Book Encyclopedia. Chicago:  World Book Publishing
       2005 (print edition):  261-2 (R)

86.    Garnick MB. Rheumatism. World Book Encyclopedia. Chicago:  World Book Publishing
       2005 (print edition):  291 (R)

87.    Garnick MB. Tabes. World Book Encyclopedia. Chicago:  World Book Publishing    2005
       (print edition): 2(T)

**Textbooks and Monographs**

1.  Rieselbach RE, Garnick MB, eds. and authors. Cancer and the kidney. Philadelphia: Lea and Febiger, 1982. (Textbook)

2.  Garnick MB, Richie JP, eds. and authors. Urologic cancer. A multidisciplinary perspective. New York: Plenum Publishing, 1983. (Textbook)

3.  Garnick MB, ed. Genitourinary cancer. Contemporary issues in clinical oncology. Volume 5. New York: Churchill Livingstone, 1985. (Textbook)

4.  Garnick MB. Carcinoma of the bladder. Insights into cancer therapeutics. Philadelphia: Meniscus Limited, 1985. (Monograph)

5.  Garnick MB, ed. Contemporary Issues in Urologic Cancer.  Seminars in Oncology. Volume 4. 1988. (Monograph)

6.  Garnick MB. Chemotherapy in advanced prostate cancer. In: Wein A, Malkowicz SB, eds. Cancer of the prostate: current practice and future directions. Part III. Philadelphia: CoMed Communications, 1989:30-39. (Monograph)

7.  Garnick MB, ed. Erythropoietin: pharmacology and clinical applications. New York: Marcel Dekker, Inc., 1990. (Textbook)

8.  Garnick MB, ed. Seminars in Oncology. Hematopoietic Growth Factors. Volume 19, 1992. (Monograph)

9.  Garnick, MB: Prostate Cancer:  The patient's guide to prostate cancer:  An expert's successful treatment strategies and options. Dutton Signet Books, 1996.(Popular book)

10. Fair WR, Garnick MB.  Guest Editors.  The first international conference on neoadjuvant hormonal therapy for prostate cancer.  Boston, March 28, 29, 1996.  Urology 1997;49 (suppl 3A)1-123. (Monograph)

11. Garnick MB, Fair,WR.  Guest Editors.  The second international conference on neoadjuvant hormonal therapy for prostate cancer.  Boston, March 14 and 15, 1997. Molecular Urology (1997, In press). (Monograph)

12. Garnick MB, Fair, WR.  Guest Editors.  The third international conference on neoadjuvant hormonal therapy for prostate cancer.  Boston March 13 and 14, 1998.  Molecular Urology, need date and volume (Monograph)

13. Garnick MB, Fair, WR.  Guest Editors.  The fourth international conference on neoadjuvant hormonal therapy for prostate cancer.  Boston March 13 and 14, 1998. Molecular Urology, need date and volume (Monograph)

**Non-Print Materials**

1.   Garnick MB.  Urologic Cancer.  Scientific American Medicine on CD-ROM. 1988-1996

2.   Garnick MB.  Gynecologic Cancer.  Scientific American Medicine on CD-ROM. 1988-1997

3.   Fair WR, Murphy WM, Garnick MB, Goldenberg SL, McLeod DG, Soloway MS. Neoadjuvant therapy before prostatectomy. Educational video for physician education. 1997

4.   Garnick MB.  Prostate Cancer.  Scientific American Medicine on CD-ROM. 1996-Present.

5.   Garnick MB.  Renal, Testis and Bladder Cancers.  Scientific American Medicine on CD-ROM. 1996-Present

6.   Garnick MB.  Prostate Cancer.  UpToDate in Medicine on CD-ROM. 1997;4(No.1), 1996

7.   Garnick MB (contributor).  Shared Decision Resource for Prostate Cancer Patients. Shared Decisions on CD-ROM. 1997

8.   Garnick MB.  Prostate cancer.  In World Book Encyclopedia.  Chicago: World Book Publishing. Multimedia CD-ROM  1997

9.   Garnick MB.  Colo-rectal cancer.  In World Book Encyclopedia.  Chicago: World Book Publishing.  Multimedia CD-ROM  1997

10.  Garnick MB.  Medicine.  In World Book Encyclopedia.  Chicago: World Book Publishing. Multimedia CD-ROM  1997


**Editorial Comments**

1.   Garnick MB. Advanced testicular cancer: treatment choices in the "land of plenty." [Editorial] J Clin Oncol 1985;3:294-297.

2.   Garnick MB, Richie JP. Toward a more rational approach for stage I testis cancer: Watch    out fc

3.   Garnick MB. Editorial Comment on Hormonal Management of Stage D Carcinoma of the Prostate. Urologic Clinics of North America. 1987;14:693-694.

4.   Kantoff PW, Garnick MB. Late toxicities, long-term follow-up, less intensive treatment: leading issues in the therapy of testis cancer. [Editorial] J Clin Oncol 1988;6:1216-1219.

5.   Garnick MB. Current issues in urologic cancer. [Editorial] Seminars in Oncology 1988;4:319-320.

6.   Garnick MB. Chemotherapy and bladder cancer. [Editorial] J Urol 1989;141:107.

7.  Garnick MB. Editorial Comment regarding: Belldegrun A, Webb DE, Austin HA, Steinberg SM, Linehan WM, Rosenberg SA. Renal toxicity of Interleukin-2 administration in patients with metastatic renal cell cancer: effect of pre-therapy nephrectomy. J Urol 1989;141:499.

8.  Garnick MB. Editorial Comment regarding: Galetti TP, Pontes JE, et al. Neoadjuvant intra-arterial chemotherapy in the treatment of advanced transitional cell carcinoma of the bladder: results and follow-up. J Urol 1989;142:1214-1215.

9.  Garnick MB. Editorial Comment regarding: Moul JW, Robertson JE, George SL, Paulson DF. Complications of therapy for testicular cancer. J Urol 1989.

10. Garnick MB. Editorial Comment regarding: Glaspy JA, Golde DW. G-CSF and GM-CSF can help prevent chemo-induced neutropenia and treat cytopenias associated with myelodysplastic syndromes and aplastic anemia. Oncology 1990;4:32.

11. Garnick MB. Editorial Comment regarding: See WA, Williams RD. Tumors of the urinary tract. Western J Med 1992;156:556.

12. Garnick MB. Editorial Comment regarding: Prout et al. Preliminary results in invasive bladder cancer with transurethral resection, neoadjuvant chemotherapy and combined pelvic irradiation plus cisplatin chemotherapy. J Urol (In press).

13. Garnick MB. Editorial Comment regarding: Igawa M, Ohkuchi T, Ueda M, Okada K, Usui T. Usefulness and limitations of methotrexate, vinblastine, adriamycin, cisplatin (M-VAC) for the treatment of advanced urothelial cancer. J Urol (In press).

14. Garnick MB. Editorial Comment regarding: Fleming C, Wasson JH, Albertson PC, Barry MJ, Wennberg JE. A decision analysis of alternative treatment strategies for clinically localized prostate cancer. Abstracts of Clinical Care Guidelines 1993;5:11.

15. Garnick MB. editorial comment on Flutamide Hepatoxicity (Wysoski DK Fourcroy JL. Flutamide Hepatoxicity. J Urol 1996;155:209-212) J Urol. 1996;155:212.

16. Garnick MB. Are treatment messages reaching our late-stage prostate cancer patients? Oncology Times 1995;XVII:2.

17. Garnick MB. A new study reinforces the need for prostate cancer patient/physician communication. Coping. 1996;10:36-37.

18. Fair WR and Garnick MB. Neoadjuvant therapy prior to radical prostatectomy: Pro. Urology 1996;48:535-538.

19. Garnick MB. Editorial Comment regarding: Israel VK, Russell CA, Dolkar D, Streeter O. Current mediastinal nonseminomatous germ cell malignancy. The Tumor Board: Cancer Diagnosis and Treatment. 1994.

## Abstracts

1.  Garnick, MB, Gaylis, F, Woolley, JM.  Abarelix Depot Improves Health-Related Quality of Life in Highly Symptomatic Prostate Cancer Patients.

2.  Garnick, MB, Gaylis, F, Woolley, JM.  The Relationship Between the Swog 9039 Health-Related Quality of Life Questionnaire and ECOG Performance Scores in Highly Symptomatic Prostate Cancer Patients.

3.  Garnick, MB, Gaylis, F, Woolley, JM.  Assessment of the Content Validity of the Euroquol EQ-5D Health-Related Quality of Life Questionnaire in Highly Symptomatic Prostate Cancer Patients.

4.  Garnick, MB, Gaylis, F, Woolley, JM.  The Economic Value of Abarelix Depot Therapy in Highly Symptomatic Prostate Cancer Patients.

## Letters

1.  Garnick MB. Hot watch syndrome. [Letter] N Engl J Med 1976;294:5l.

2.  Garnick MB, Mayer RJ, Richie JP. Testicular self-examination. [Letter] N Engl J Med 1980;302:297.

3.  Garnick MB. Oral metoclopramide and cisplatin chemotherapy. [Letter] Ann Intern Med 1983;99:127.

4.  Garnick MB, Ernst T, Martinez F. Acute febrile reaction to streptozotocin. [Letter] N Engl J Med 1984;311:798.

5.  Garnick MB. Case Record #48-1987: pulmonary mass of 3 1/2 years' duration. [Letter] N Engl J Med 1988; 318:1467.

6.  Talcott JA, Garnick MB, Stomper PC, Godleski JJ, Richie JP. Nodular pneumonitis after cancer chemotherapy. [Letter] Ann Intern Med 1989;110:91.

## Book Reviews

1.  Garnick MB. Review of Tannock IF, Hill RP, eds. The basic science of oncology. Elmsford, New York: Pergamon Press, 1987. In: N Engl J Med 1987;317:459.

2.  Garnick MB, Canellos GP. Review of Magrath IT, ed. The non-Hodgkin's lymphomas. Baltimore, Williams and Wilkins, 1990.  In: N Engl J Med 1990;323:1430.

3.    Garnick MB. Review of Broder S, ed. Molecular foundations of oncology. Baltimore: Williams and Wilkins, 1991. In: N Engl J Med 1992;326:1297.