Joseph C. Bergeron, Jr., M.D.
Five Huckleberry Lane
Acton, MA 01720
978-264-9983
jcbergeron.md@verizon.net

**Board Certified:**
Anatomic and Clinical Pathology 1980; Cytopathology 1996

**College:**
Tulane University
Louisiana State University, New Orleans, LA; B.A. in Psychology, 1968

**Medical School:**
Louisiana State University, New Orleans, LA; December 1974

**Residency:**
New England Deaconess Hospital, January 1975 – January 1977
Tufts New England Medical Center, June 1978 – June 1980

**Professional Experience:**
Pathologist (Gastrointestinal, General Surgical Pathology, Cytology, Site Lab Director), HVMA (2005-   )
Interim Laboratory Director, Harvard Vanguard Medical Associates (HVMA) (April 2004-February 2005)
Director of Laboratory, Quigley Memorial Hospital (1997-   )
Pathologist, Lowell General Hospital (1994-1996) (1998- 2004)
President and CEO New England Pathology Services (1996-1997)
Associate Chief of Pathology, Saints Memorial Medical Center, St. Joseph Campus, Lowell, MA (1993-1994)
Chief of Pathology, Director of Laboratories, St. Joseph Hospital, Lowell, MA (1991-1993)
Associate Pathologist, St. Joseph Hospital, Lowell, MA (1988-1990)
Inspector CAP Lab Accreditation Program (1988-   )
Medical Director of Pathology, Wilson Memorial Hospital, Wilson, NC (1982-1988)
Medical Examiner and Regional Pathologist, Wilson, NC (1982-1988)
Consultant Pathologist to North Carolina Special Care Center, Wilson, NC (1982-1988)
Associate Pathologist, Crawford W. Long Hospital, Atlanta, GA (1980-1982)
Emergency Medicine (January 1977 – June 1980)
General Medical Practice (May 1977 – December 1977)

**Membership in Professional Societies:**
American Association of Blood Banks (1980-2001)
American Medical Association (1979-   )
American Pathology Foundation (1982-   )
　　　　　(Board Member 1988-1994)
American Society of Clinical Pathology (1979-   )(Councilor 1994- 2004)
College of American Pathologists (1979-   )
　　　　　(Delegate from Massachusetts 1988-   )(Steering Committee 2002-   )
Massachusetts Society of Pathologists (1988-   )
　　　　　(Executive Committee and Chair CAP Delegation)
New England Society of Pathologists (1988-   )
North Carolina Society of Pathologists (1982-2004)
Massachusetts Medical Society (1991-   )
　　　　　(Committee on Managed Care 1994-2003)
　　　　　(Alternate to Board of Trustees 1995-2001)(Board Member 2001-   )
　　　　　(Committee on Professional Liability 1995-   )(Vice Chair 2002-   )
　　　　　(Legislative Committee 1997-   )(Chair 2001-2002)
　　　　　(Nominations Committee 1995-   )(Vice Chair 1999-2002, 2003-2004)(Chair 2004-   )

1

      (District Leadership Conference (1997-1998) (Chair 1998-1999)
      (Committee on Telemedicine (1998-2001)
      (Committee on Medical Service (1998-2001)
      (Long Range Planning Committee (Chair 1999-2001)
      (Strategic Planning Committee (2002-2005)
      (Finance Committee (1999-2002)
      (Committee on Administration and Management (2000-   )
      (Organized Medical Staff Section (2000-   ) (Executive committee 2001-   )
      (Task Force on Organization and Representation (1997-2001)
      (Task Force on Governance (2000-2001)
Middlesex North District Medical Society (President 1995-1997)
      (Delegate to MMS (1992-   )

**Continuing Medical Education Courses:**
1981: Greater than 200 hours
1982 – 2003: Greater than 100 hours per year
1988: Recertified by FLEX
2002: Certified in Thin Prep Cytology (Cytyc)

**Hospital Staff Committees:**
Executive Committee 1982-1988; 1991-1993
Infection Control 1985-1988; 1990-1993; Chairman, 1991
Blood Usage 1983-1988; Chairman, 1987-1988; 1989-1994
Tissue 1982-1985; 1988-1994
Medical Education 1983-1988
Director of Medical Education 1983-1988
Symposium Chairman, 1983; Co-Chairman, 1988
Hospital Information System Planning Committee 1985-1988
Tumor Board 1988-1995; Chairman, 1991-1993
Credentials Committee 1991-1995; Chairman, 1992
Medical Care Evaluation 1991-1995
Cancer Committee 1991-1995
Institutional Review Board 1991-1995

**Advisory Boards:**
American Red Cross Medical Advisory Board
Northeastern North Carolina 1983-1988
Health Education Foundation of Eastern North Carolina, Inc.
Area L AHEC 1985-1988
Greater Lowell Cancer Program 1991-1996
New England Pathology Services 1994-2000

**Military:**
USAF Medical Services Corps 1970-1972

**Medical License:**
| | |
|---|---|
| Louisiana | R# 008382 L# 012987 |
| Massachusetts | 38127 |
| Georgia | 021480 |
| North Carolina | 00-26191 |
| Florida | ME 0055076 |

(last update February 2006)