UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____   Case No. 04-10258 NG

ARTHUR PERNOKAS, and
DIANNE PERNOKAS,
Plaintiffs

v.   **NOTICE OF APPEARANCE
OF CARMEN L. DURSO**

BARRIE PASTER, MD,
Defendant
_____

To the Clerk and to all interested parties:

    Kindly notice my appearance on behalf of the plaintiffs, Arthur Pernokas and Dianne Pernokas.  The appearance of Robert C. Gabler remains in effect.

    Respectfully,

    /s/ Carmen L. Durso
    Carmen L. Durso, Esquire
    BBO # 139340
    100 Summer St., Suite 3232
    Boston, MA  02110
    (617) 728-9123

June 5, 2006