UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

ARTHUR PERNOKAS,            )
   Plaintiff            )
                                          )
VS.                         )
BARRIE PASTER, M.D.,        )
   Defendant            )
                                          )
                                          )

**SPECIAL VERDICT QUESTIONS FOR THE JURY**

**PART I**    **NEGLIGENCE AND CAUSATION**

1. Was the defendant, Barrie Paster, M.D., negligent in his care and treatment of Arthur Pernokas?

   YES [ ]            NO [ ]

   If your answer to Question No. 1 is Yes, go on to Question No. 2. If the answer to Question No. 1 is No, you have reached a verdict.

2. Was the negligence of Barrie Paster, M.D., a substantial contributing cause of injury to Arthur Pernokas?

   YES [ ]            NO [ ]

   If you have answered Question 1 No and not answered Question 2 or answered Question 2 No, you have reached a verdict. The foreperson should sign and date the verdict slip and inform the Court Officer that a verdict has been reached.

**PART II**    **DAMAGES**

Please do not answer the following questions <u>unless</u> you have answered <u>Yes</u> to Question 2

3. What amount of money do you award for the necessary and reasonable medical expenses incurred by Arthur Pernokas to date as a result of the negligence of Dr. Paster?

   $_____
   (Amount in Figures)

   _____
   (Amount in Words)

Proceed to Question No. 4

4. What amount of money do you award for the necessary and reasonable medical expenses to be incurred by Arthur Pernokas in the future as a result of the negligence of Dr. Paster ?

   $_____
   (Amount in Figures)

   _____
   (Amount in Words)

For how many weeks, months or years to you find that such medical expenses will continue?

_____Weeks

_____Months

_____Years

5. What amount of money do you award to Arthur Pernokas for his pain and suffering up to the present time caused by the negligence of Dr. Paster?

   $_____
   (Amount in Figures)

   _____
   (Amount in Words)

6. What amount of money do you award to Arthur Pernokas for his pain and suffering in the future caused by the negligence of Dr. Paster?

   $_____
   (Amount in Figures)

   _____
   (Amount in Words)

**I HEREBY CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED BY _____ OF THE DELIBERATING JURORS.**

_____
Foreperson of the Jury

DATED: