UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

| | |
|---|---|
| ARTHUR PERNOKAS AND<br>DIANNE PERNOKAS,<br>  Plaintiffs | )<br>)<br>)<br>) |
| VS. | )<br>) |
| BARRIE PASTER, M.D.,<br>  Defendant | )<br>) |

## PLAINTIFFS' MOTION TO EXCLUDE REFERENCES TO MARITAL DISCORD OF DIANNE PERNOKAS AND ARTHUR PERNOKAS AND TO EXCLUDE REFERENCES TO DIANNE PERNOKAS'S USE OF MARIJUANA

The plaintiff, Arthur Pernokas hereby requests the Court to exclude references to any marital discord of Dianne Pernokas and Arthur Pernokas, and to marijuana use by Dianne Pernokas.  As bases, the plaintiffs rely on Fed. R. Evid. 401 - 403, and the accompanying Memorandum.

For these reasons, Plaintiff respectfully requests the Court to exclude references to any marital discordof Dianne Pernokas and Arthur Pernokas, and to marijuana use by Dianne Pernokas.

Respectfully,
By his Attorney,


/s/ Robert C. Gabler_____
Robert C. Gabler, Esquire
B.B.O. 547227
100 Summer Street, Suite 3232
Boston, MA   02110
(617) 542-2121
June 6, 2006

<u>Certificate of Service</u>

I, Robert C. Gabler, attorney for the plaintiffs, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filling (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2006.

<u>/s/ Robert C. Gabler</u>
Robert C. Gabler, Esquire