## Proposed Attorney Conducted Voir Dire Procedure

1. The Court asks the Jury Venire the customary statutory questions regarding bias and ability to serve on the jury;

2. The Court seats the first 14 panel members in the jury box (or if the jury box has more seats, fill the box);

3. The Court inquires of any panel member who answered affirmatively to any of the statutory questions and rules whether or not to excuse the juror for cause.

4. The Court fills empty seats in the jury box with the next numbered Venire panel members until all of the seats are filled.

5. Plaintiff, then defendant, has up to one hour to conduct voir dire on the first group of venire panel members seated in the jury box;

6. Plaintiff, then defendant, moves at sidebar to challenge jurors for cause;

7. The Court rules on Motions to Strike and excuses jurors;

8. If either party has not used their entire hour, the first group of remaining panel members in the jury box is returned to the courtroom gallery and the next 14 (or 16) panel members are seated in the jury box;

9. Plaintiff, then defendant, uses up to the remaining one-hour time to conduct voir dire;

10. Plaintiff, then defendant, moves at sidebar to challenge jurors for cause;

11. The Court rules on Motions to Strike and excuses jurors;

12. The parties exercise the usual number of peremptory challenges;

13. The jury is seated and sworn in.

EXHIBIT A