# EXHIBIT C - LIST OF ITEMS

| # | Item | Date |
|---|------|------|
| 1. | McCORMACK SCHOOL POLL | 09/19/03 |
| 1A. | McCORMACK SCHOOL & GALLUP POLL | 09/19/03 |
| 2. | LAWRENCE EAGLE TRIBUNE - NEWS ITEM ON POLL | 09/22/03 |
| 3. | BUSH SPEECH | 07/25/02 |
| 4. | LAWRENCE EAGLE TRIBUNE - EDITORIAL | 09/04/02 |
| 5. | REPUBLICAN NATIONAL COMMITTEE PRESS RELEASE | 01/16/03 |
| 6. | LAWRENCE EAGLE TRIBUNE - NEWS ITEM | 01/29/03 |
| 7. | WGBH-TV - MEDICAL MALPRACTICE FORUM | 06/24/03 |
| 8. | BOSTON GLOBE - GOV. ROMNEY MALPRACTICE PLAN | 11/13/03 |
| 9. | BUSH SPEECH | 01/28/04 |
| 10. | NEUROSURGEONS FOR BUSH - PRESS RELEASE | 05/12/04 |
| 11. | BOSTON HERALD - NEWS ITEM | 06/15/04 |
| 12. | BOSTON GLOBE - ROMNEY ON KERRY & MALPRACTICE | 07/15/04 |
| 13. | CHENEY - RE MALPRACTICE | 07/20/04 |
| 14. | BOSTON GLOBE - EDWARDS SHIFTS ON MALPRACTICE | 08/12/04 |
| 15. | WASHINGTON TIMES - EDWARDS | 08/16/04 |
| 16. | KERRY - POSITION ON MEDICAL MALPRACTICE REFORM | UNDATED |
| 17. | CRC - KERRY, EDWARDS & LAWSUIT LOBBY | 10/xx/04 |
| 18. | WASHINGTON POST - BUSH POST-ELECTION AGENDA | 11/05/04 |
| 19. | BUSH RADIO ADDRESS | 11/06/04 |
| 20. | BOSTON GLOBE - ANALYSIS | 11/14/04 |

| | | |
|---|---|---|
| 21. | AP-BOSTON - MALPRACTICE PAYOUTS | 11/16/04 |
| 22. | MMS - PRESS RELEASE | 11/16/04 |
| 23. | LAWRENCE EAGLE TRIBUNE - NEWS ITEM | 12/05/04 |
| 24. | WASHINGTON POST - BUSH POST-ELECTION PRIORITIES | 12/16/04 |
| 25. | COMMONWEAL INSTITUTE STUDY | UNDATED |
| 26. | HARVARD SCHOOL OF PUBLIC HEALTH ABSTRACT | 05/11/06 |
| 27. | AP: Study: 4 out of 10 Medical Malpractice Cases Groundless | 05/11/06 |
| 28. | INSURANCE JOURNAL: HEALEY | 05/24/06 |
| 29. | HERALD TRIBUNE: HEALEY | 05.23/06 |
| 30. | BOSTON GLOBE: HEALEY | 05/23/06 |
| 31. | BOSTON HERALD: HEALEY | 05/23/06 |
| 32. | BOSTON BUSINESS JOURNAL | 01/14/05 |
| 33. | WASHINGTON TIMES | 07/29/05 |
| 34. | BLOOMBERG.COM | 05/08/06 |
| 35. | TOWNHALL.COM | 05.24/06 |
| 36. | MASSACHUSETTS MEDICAL SOCIETY | 05/23/06 |
| 37. | VITAL SIGNS | MAY, 2006 |
| 38. | MEDICAL NEWS TODAY | 01/18/06 |
| 39. | BOSTON BUSINESS JOURNAL | 09/09/05 |
| 40. | PRESIDENTIAL PRESS CONFERENCE | 05/25/06 |