UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ARTHUR PERNOKAS, and
DIANNE PERNOKAS,
Plaintiffs

V.

BARRIE PASTER, MD,
Defendant
_____

Case No. 04-10258 NG

**NOTICE OF CHANGE OF
ADDRESS OF ATTORNEYS
CARMEN L. DURSO and
ROBERT C. GABLER**

To the Clerk and to all interested parties:

    Kindly notice the change of address of attorneys for the plaintiffs, Carmen L. Durso and Robert C. Gabler, in the above-entitled matter effective June 21, 2006.

Respectfully,

/s/ Robert C. Gabler
Robert C. Gabler, Esquire
BBO # 547227
175 Federal Street, Suite 1425
Boston, MA  02110
(617) 542-2121

June 15, 2006