UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-10258 NG

| | |
|---|---|
| ARTHUR PERNOKAS, <br> Plaintiff <br><br> v. <br><br><br> BARRIE PASTER, MD, <br> Defendant | } <br> } <br> } <br> } <br> } <br> } <br> } <br> } |

**JOINT LIST OF EXHIBITS**
**(AGREED UPON)**

The parties, plaintiff Arthur Pernokas and defendant Barrie Paster, MD, through their attorneys, hereby submit a list of agreed upon exhibits to be introduced at trial.

1. Records of Lahey Clinic;

2. Records of Dr. Putnam Breed;

3. Records of Anna Jaques Hospital

4. Records of Pentucket Medical Associates, certified April 14, 2006;

5. Records of Dr. Paul Spieler, M.D., received pursuant to subpoena of April 3, 2006;

6. Records of Dr. Stephen Chastain, M.D., certified April 8, 2005, and updated March 23, 2006,

7. Records of Caritas Holy Family Hospital, certified July 27, 2004, and

8. CT scan of 3/14/02.

The plaintiffs,
Arthur Pernokas and Dianne Pernokas,
By their attorneys,


/s/ Carmen L. Durso
/s/ Robert C. Gabler
Carmen L. Durso
BBO # 139340
Robert C. Gabler
BBO # 547227
175 Federal Street, Suite 1425
Boston, MA 02110
(617) 542-2121


The defendant,
Barrie Paster, MD,
By his attorneys,


/s/ Charles P. Reidy, III
/s/ Anthony R. Brighton
Charles P. Reidy, III
BBO # 415720
Anthony R. Brighton
BBO # 660193
101 Merrimac St.
Boston, MA 02114
(617) 227-3240

May 1, 2007