UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

| | | |
|---|---|---|
| ARTHUR PERNOKAS, | ) | |
|    Plaintiff | ) | |
| | ) | REQUEST OF THE DEFENDANT, |
| VS. | ) | BARRIE PASTER, M.D., FOR |
| BARRIE PASTER, M.D., | ) | SUGGESTED VOIR DIRE QUESTIONS |
|    Defendant | ) | TO POTENTIAL JURORS |
| | ) | |
| | ) | |

1. Have you, your spouse, your children, anyone related to you by blood or marriage, or anyone regularly a resident in your household:

    a) Ever received an undesired or less-than-hoped-for medical result after treatment?

    b) Ever made any claim or filed any lawsuit against a physician, nurse, hospital or other health care provider?

2. Will the fact that this case involves issues relating to colon cancer and its diagnosis or treatment prevent you from rendering an impartial decision based solely on the credible evidence and my explanation of the law?

3. Do you have any strong feelings for or against physicians that may interfere with your ability to decide this case on the facts and law?

                        Respectfully submitted,

                        /s/ Charles P. Reidy, III
                        Charles P. Reidy, III
                        B.B.O. No.:  415720
                        Attorney for Defendant,
                        Barrie Paster, M.D.
                        Martin, Magnuson, McCarthy
                         & Kenney
                        101 Merrimac Street
                        Boston, Massachusetts  02114
                        (617) 227-3240