UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10258NG

ARTHUR PERNOKAS, )
   Plaintiff )
)
VS. )
BARRIE PASTER, M.D., )
   Defendant )
)
)

## SPECIAL VERDICT QUESTIONS FOR THE JURY

**PART I**    **NEGLIGENCE AND CAUSATION**

1. Was the defendant, Barrie Paster, M.D., negligent in his care and treatment of Arthur Pernokas?

    YES ☐    NO ☑

    If your answer to Question No. 1 is Yes, go on to Question No. 2. If the answer to Question No. 1 is No, you have reached a verdict.

2. Was the negligence of Barrie Paster, M.D., a substantial contributing cause of injury to Arthur Pernokas?

    YES ☐    NO ☐

    If you have answered Question 1 No and not answered Question 2 or answered Question 2 No, you have reached a verdict. The foreperson should sign and date the verdict slip and inform the Court Officer that a verdict has been reached.

**PART II**    **DAMAGES**

Please do not answer the following questions <u>unless</u> you have answered <u>Yes</u> to Question 2

3. What amount of money do you award to Arthur Pernokas for any damages suffered by him caused by the negligence of Dr. Paster?

$_____
(Amount in Figures)

_____
(Amount in Words)

**I HEREBY CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED BY __8__ OF THE DELIBERATING JURORS.**

_____
Foreperson of the Jury

DATED: May 17, 2007