UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Arthur Pernokas</u>
    Plaintiff(s)

   v.        CIVIL ACTION NO.<u>04-10258-NG</u>

<u>M.D. Barrie Paster</u>
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

<u>GERTNER, D.J.</u>

<u>XX</u> **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____ **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED:**

  **-Judgment is hereby entered for the DEFENDANT.**

           SARAH A. THORNTON,
           CLERK OF COURT

Dated: <u>5/18/07</u>         By  */s/ Maryellen Molloy*
               Deputy Clerk

[jgm.]